Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

"De acuerdo con el Acto ó Decreto de los Americansos con Impedimentos, Inhabilitados, personas en necesidad del servicio special para participar en este procedimiento deberán, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la officina Administratativa de la Corte, 205 North Dixie Highway, oficina 5.2500, West Palm Beach, FL 33401, Teléfono (561) 355-2431, 1-800-955-8771 (TDD) ó 1-800-955-8770 (V), Vía Florida Relay Service".

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre démarche, contacter l'office administrative de la Court situé au 5.2500, 205 North Dixie Highway, West Palm Beach, FL 33401 le telephone (561)355-2431 ou 1-800-955-8771 (TDD) ou 1-800-955-8770 (V) Via Florida Relay Service.

## IMPORTANT

Dapré ako ki fet avek Americans With Disabilities Act, tout moun ki ginyin yun bézwen éspésiyal pou akomodasiyon pou yo patisipé nan pwogram sa-a dwé, nan yun rézonab avan ninpot aranjman kapab fet, yo dwé kontakté Administrative Office of the Court, ki nan niméro 205 North Dixie Highway, Cham niméro 5.2500 West Palm Beach, Florida 33401 téléfon nan sé (561)355-2431 oubyen 1-800-955-8771 (T.D.D. oubyen 1-800-955-8770 (V) an pasan pa Florida Relay Service.

This fax was received by GFI FAXmaker fax server. For more information, visit http://www.gfi.com

From: u.   wn     Page: 48/51     Date: 5/29/2008 12:09:   M

34297

*AFFIDAVIT OF SERVICE*     Ref#   80354 A

15th Circuit Court _____ | County  Index/Case # : 50 2008 CA 006596 | Filing Date _____

June Doe, by and through Jane Doe's Mother as parent and natural guardian

*Plaintiff*

Jeffrey Epstein, Haley Robson and Sarah Kellen

*Defendant*

Suffolk County, State of New York _____ | Juan Pereira _____ being sworn,

says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On: 4/19/08  at: 630 AM  am/pm at: 301 East 66th Street, Apt 14 G, New York NY 10065

Deponent served the within Summons and Complaint

| | | |
|---|---|---|
| **Sarah Kellen** | | (herein after called the recipient) therein named. |
| Individual | By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein. | |
| ☒ Suitable Age person | by delivering thereat a true copy of each to J. ABIO (CONN CIERGE) a person of suitable age and discretion. Said premises is defendants ☒ Actual Place of Residence ☐ Actual Place of Business within the State | |
| Affixing to Door | By affixing a true copy of each to the door of said premises which is defendants ☐ Actual Place of Business, within the State  Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there | |
| ☐ Corporation or Partnership | by delivering thereat a true copy of each to _____ : personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof. | |
| ☐ Mailing | Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☐ Actual Place of Residence ☐ Actual Place of Business, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant. | |

| ☒ Description | ☒ Male | ☐ white skin | ☒ black hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ < 100 Lbs |
|---|---|---|---|---|---|---|
| | ☐ Female | ☐ black skin | ☐ brown hair | ☒ 21-35 Yrs | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | | ☐ yellow skin | ☐ gray hair | ☐ 36-50 Yrs | ☐ 5'4-5'8" | ☐ 131-160 Lbs |
| | | ☒ brown skin | ☐ blonde hair | ☐ 51-65 Yrs | ☒ 5'9"-6'0" | ☒ 161-200 Lbs |
| | ☐ Glasses | ☐ red skin | ☐ red hair | ☐ Over 65 Yrs | ☐ Over 6' | ☐ Over 200 Lbs |
| | | | ☐ bald(ing) | | | |

Other Identifying Features _____

☐ **Military Service** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ Subpoena Fee Tendered in the amount of. _____   **NOTE COMMENT(S)**

☒ Per J Abio Conncierge, via intercom phone to subject, Sarah Kellen refused to come downstairs to receive legal papers after I

☒ identified myself as a Process Server. Papers were left with J Abio who confirmed subject being home in apartment 14 G.

☐

Sworn to before me on: 4/24/08

Attorney Info/Client Info _____

*Christina Hummler* (signature)

CHRISTINA HUMMLER
NOTARY PUBLIC, State of ... w York
No. 02 4537421
Qualified in Suffolk County  6/30/10
Commission Expires _____

Deponent's (Server) Signature

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: u.    wn    Page: 49/51    Date: 5/29/2008 12:09:.    M

*34297*

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO:  50 2008 CA 006596 XXXX
MB AB

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

           Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

           Defendants.
_____/

## SUMMONS

## PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT:

        SARAH KELLEN ,
        301 East 66th Street
        Apt. 10N
        New York, New York   10065

## IMPORTANT

        A lawsuit has been filed against you.  You have 20 calendar days after this summons is
served on you to file a written response to the attached complaint/petition with the Clerk of this
Court.  A phone call will not protect you.  Your written response, including the case number given
above and the names of the parties, must be filed if you want the Court to hear your side of the case.
If you do not file your response on time, you may lose the case, and your wages, money, and
property may thereafter be taken without further warning from the Court.  There are other legal
requirements.  You may want to call an attorney right away.  If you do not know an attorney, you
may call an attorney referral service or a legal aid office (listed in the phone book).

        If you choose to file a written response yourself, at the same time you file your written
response to the Court you must also mail or take a copy of your written response to the "Plaintiff/
Plaintiff's Attorney" named below.

"In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the Administrative Office of the Court, 205 North Dixie Highway, Room 5.2500, West Palm Beach, FL 33401, telephone (561)355-2431, 1-800-955-8771 (TDD), or 1-800-955-8770 (V), via Florida Relay Service".

THEODORE J. LEOPOLD, ESQUIRE
RICCI~LEOPOLD, P.A.
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410
(561) 684-6500

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:  You are commanded to serve this Summons and a copy of the complaint/petition in this lawsuit on the above named defendant(s).

DATED ON _____MAR 1 8 20__, 2008.

_____
SHARON BOCK
CLERK OF THE CIRCUIT COURT

SANDRA CUEVA
By:
Deputy Clerk

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Page 2 of 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

"De acuerdo con el Acto ó Decreto de los Americansos con Impedimentos, Inhabilitados, personas en necesidad del servicio especial para participar en este procedimiento deberán, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la officina Administratativa de la Corte, 205 North Dixie Highway, oficina 5.2500, West Palm Beach, FL 33401, Teléfono (561) 355-2431, 1-800-955-8771 (TDD) ó 1-800-955-8770 (V), Via Florida Relay Service".

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accommodation speciale pour participer a ces procedures doivent, dans un temps raisonnable, avant d'entreprendre aucune autre démarche, contacter l'office administrative de la Court situé au 5.2500, 205 North Dixie Highway, West Palm Beach, FL  33401 le telephone (561)355-2431 ou 1-800-955-8771 (TDD) ou 1-800-955-8770 (V) Via Florida Relay Service.

## IMPORTANT

Dapré ako ki fet avek Americans With Disabilities Act, tout moun ki ginyin yun bézven éspésiyal pou akomodasiyon pou yo patisipé nan pwogram sa-a dwé, nan yun rézonab avan ninpot aranjman kapab fet, yo dwé kontakté Administrative Office of the Court, ki nan niméro 205 North Dixie Highway, Cham niméro 5.2500 West Palm Beach, Florida 33401 téléfon nan sé (561)355-2431 oubyen 1-800-955-8771 (T.D.D. oubyen 1-800-955-8770 (V) an pasan pa Florida Relay Service.

Page 3 of 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

06/06/2008 08:51 FAX 5618557664          MCINTOSH, SAWRAN, PELTZ                          ☑ 007/007

#0366-001

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY FLORIDA

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian

Case No: 50 2008 CA 006596 XXXX MB AB

Florida Bar No: 089737

          Plaintiff

vs.

JEFFREY EPSTEIN, HALEY ROBSON
and SARAH KELLEN

          Defendants

## NOTICE OF HEARING

TO:       Douglas M. McIntosh, Esq.
          McIntosh, Sawran, Peltz & Cartaya, P.A.
          Centurion Tower, Suite 1110
          1601 Forum Place
          West Palm Beach, FL 33401

     YOU ARE HEREBY NOTIFIED that Plaintiff shall call up for hearing the following:

DATE:      June 12, 2008
TIME:      8:45 am
JUDGE:     The Honorable Jonathan D. Gerber
ADDRESS:   20: North Dixie Highway
           Court Room 11B
           West Palm Beach, FL 33401
MATTER:    Plaintiff's Motion for Extension of Time to Obtain Service of Process and
           Defendant's Motion to Quash Service of Process

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S.
Mail this __ day of May, 2008, to all counsel listed above.

          RICCI~LEOPOLD, P.A.
          2925 PGA Blvd.
          Suite 200
          Palm Beach Gardens, FL 33410
          561-684-6500

          By: _____
               SPENCER T. KUVIN

RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200, Palm Beach Gardens, FL  33410
Tel # (561) 694-6500, Facsimile # (561) 697-2383

208 of 316

*Nxm, Jam, RLM, SKL*

*#0366-001*

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

CASE NO:  50 2008 CA 006596 XXXX
MB AB

Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

Defendants.
_____/

## PLAINTIFF'S MOTION FOR CLERK'S DEFAULT

Plaintiff, JANE DOE, by and through JANE DOE'S MOTHER, as parent and
natural guardian, hereby moves for entry of a default by the Clerk against Defendant, SARAH
KELLEN, for failure to serve any paper on the undersigned or file any paper as required by law.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U. S.
Mail, postage prepaid, this _22_ day of May, 2008 to Douglas M. McIntosh, Esq. and Jason A.
McGrath, Esq., McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion Tower, Suite 1110, 1601
Forum Place, West Palm Beach, FL 33401.

RICCI~LEOPOLD, P.A.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
Phone: 561-684-6500
Fax:    561-697-2383

By:_____
        SPENCER T. KUVIN
        Florida Bar No.: 089737

5/28/08

4

06/06/2008 09:51 FAX 5616557664     MCINTOSH, SAWRAN, PELTZ

*Dwx Jam, EXM, AKS*
*#0366 - 001*

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO: 50 2008 CA 006586 XXXX
MB AB

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

        Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

        Defendants.

*MAY 3 0 2008*

_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OBTAIN SERVICE OF PROCESS ON DEFENDANT, JEFFREY EPSTEIN

Pursuant to Rule 1.070, Florida Rules of Civil Procedure, Plaintiff files this Motion for Extension of Time within which to obtain service of process upon Defendant, Jeffrey Epstein, and as grounds therefore states as follows:

1. A complaint in this action was filed on March 6, 2008. Pursuant to Florida Rules of Civil Procedure 1.070(j), Plaintiff has until July 6, 2008 to serve this Defendant.

2. The Complaint includes claims for Sexual Assault, Civil Conspiracy, Intentional Infliction of Emotional Distress, and Civil Remedy for Violation of Florida Statute Section 772.103 against Defendant, Jeffrey Epstein, arising from an incident which occurred on or about 2005 in Palm Beach County, Florida.

06/06/2008 09:51 FAX 5616557664          MCINTOSH, SAWRAN, PELTZ                    ☑ 0057/007

3.  Since the filing of the Complaint on March 6, 2008, Plaintiff has diligently attempted to perfect service of process upon Defendant, Jeffrey Epstein, including numerous attempts as probable residences in New York, New York and Palm Beach, Florida, and skip traces to locate him.

4.  Plaintiff moves this Court for an extension of time of an additional 120 days within which to effect service of process on this Defendant.

5.  Good cause exists for the requested extension of time and no prejudice will be had to the existing Defendant by the granting of this Motion.  Plaintiff will file an Affidavit from the investigator in support of this Motion prior to the Motion being heard.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U. S. Mail, postage prepaid, this 2? day of May , 2008 to Douglas M. McIntosh, Esq. and Jason A. McGrath, Esq., McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion Tower, Suite 1110, 1601 Forum Place, West Palm Beach, FL. 33401.

RICCI–LEOPOLD, P.A.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
Phone: 561-684-6500
Fax:    561-697-2383

By:_____
          SPENCER T. KUVIN
          Florida Bar No.: 089737

213 of 316

IN THE COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

JANE DOE, by and through
JANE DOE'S MOTHER as parent and
natural guardian

CASE NO. 502008CA006596XXXXMB AB

Plaintiffs,

v.

JEFFREY EPSTEIN, HALEY ROBSON,
and SARAH KELLEN,

Defendants.

_____/

COPY
ORIGINAL RECEIVED FOR FILING

JUN 0 4 2008

SHARON R. BOCK
CLERK & COMPTROLLER
PROBATE DIVISION

## NOTICE OF APPEARANCE

Burman, Critton, Luttier & Coleman, LLP and Atterbury, Goldberger &
Weiss, P.A. hereby file their appearance as counsel for Defendant, JEFFREY
EPSTEIN in the above-styled matter.

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was sent by U.S.
Mail to THEODORE J. LEOPOLD, ESQ., Ricci-Leopold, P.A., 2925 PGA Blvd.,
Suite 200, Palm Beach Gardens, FL 33410 and DOUGLAS M. McINTOSH, ESQ.
and JASON A. McGRATH, ESQ., McIntosh, Sawran, Peltz & Cartaya, P.A.,
Centurion Tower, 1601 Forum Place, Suite 1110, West Palm Beach, FL 33401,
on this 4th day of June, 2008.

BURMAN, CRITTON, LUTTIER
& COLEMAN, LLP
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
(561) 842-2820

By: _____
     Robert D. Critton, Jr.
     Florida Bar #224162
     Michael J. Pike
     Florida Bar #617296

and

Jack A. Goldberger, Esq.
Florida Bar # 262013
ATTERBURY GOLDBERGER &
WEISS, P.A.
One Clearlake Centre, Suite 1400
250 Australian Avenue South
West Palm Beach, FL 33401
(561) 659-8300

IN THE COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

JANE DOE, by and through
JANE DOE'S MOTHER as parent and
natural guardian

CASE NO. 502008CA006596XXXXMB AB

                Plaintiffs,

v.

JEFFREY EPSTEIN, HALEY ROBSON,
and SARAH KELLEN,

COPY
ORIGINAL RECEIVED FOR FILING

JUN 0 4 2008

                Defendants.

SHARON R. BOCK
CLERK & COMPTROLLER
PROBATE DIVISION

_____/

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

The Defendant, JEFFREY EPSTEIN,  by and through his undersigned

attorneys, hereby serves his Motion for Enlargement of Time pursuant to Rule

1.090(b), Florida Rules of Civil Procedure, within which to serve a responsive

pleading to the Complaint.  Defendant requests an additional twenty (20) days.

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was sent by U.S.

Mail to THEODORE J. LEOPOLD, ESQ., Ricci-Leopold, P.A., 2925 PGA Blvd.,

Suite 200, Palm Beach Gardens, FL 33410 and DOUGLAS M. McINTOSH, ESQ.

and JASON A. McGRATH, ESQ., McIntosh, Sawran, Peltz & Cartaya, P.A.,

Centurion Tower, 1601 Forum Place, Suite 1110, West Palm Beach, FL 33401,

on this 4th day of June, 2008.

BURMAN, CRITTON, LUTTIER
& COLEMAN, LLP
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
(561) 842-2820

By: _____

      Robert D. Critton, Jr.
      Florida Bar #224162
      Michael J. Pike
      Florida Bar #617296

and

Jack A. Goldberger, Esq.
Florida Bar # 262013
**ATTERBURY GOLDBERGER &
WEISS, P.A.**
One Clearlake Centre, Suite 1400
250 Australian Avenue South
West Palm Beach, FL 33401
(561) 659-8300

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY,
FLORIDA

Case Number: 502008CA006596XXXXMB
Division:     AB

JANE DOE
      Plaintiff(s),

-vs-

JEFFREY EPSTEIN
      Defendant(s),

JUN 1 1 2008

## DEFAULT

A default is entered in the above styled cause against:

SARAH KELLEN

for failure to serve a pleading at the time required by law.

DONE AND ORDERED at the Clerk's Office, City of West Palm Beach, this 6th day of JUNE, 2008.

Sharon R. Bock
Clerk & Comptroller

By: _Kristin Hamilton_

Kristin Hamilton, Deputy Clerk

Copies furnished to:

THEODORE J LEOPOLD , ESQ , 2925 PGA BLVD #200 PALM BEACH GARDENS, FL 33410-0000
JAMES MCGRATH, CENTURION TOWER, SUITE 1110, 1601 FORUM PLACE, WEST PALM BEACH, FL 33401

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY, FLORIDA

CASE NO.    502008CA006596XXXXMB AB

JANE DOE, by and through
JANE DOE'S MOTHER as parent and
natural guardian

        Plaintiffs,

v.

JEFFREY EPSTEIN, HALEY ROBSON,
and SARAH KELLEN,

        Defendants.
_____/

## NOTICE OF APPEARANCE

Bruce E. Reinhart, P.A. hereby files his appearance as counsel for Defendant, SARAH KELLEN,

in the above-styled matter.

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was sent by U.S. Mail to

THEODORE J. LEOPOLD, ESQ., Ricci-Leopold, P.A., 2925 PGA Blvd., Suite 200, Palm Beach

Gardens, FL 33410, DOUGLAS M. McINTOSH, ESQ., and JASON A. McGRATH, ESQ.,

McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion Tower, 1601 Forum Place, Suite 1110, West

Palm Beach, FL 33401, JACK A. GOLDBERGER, ESQ., 250 Australian Avenue South, Suite 1400,

West Palm Beach, FL 33401, and MICHAEL R. TEIN, ESQ., 3059 Grand Avenue, Ste. 340,

Coconut Grove, FL 33133 on this 9th day of June, 2008.

        Bruce E. Reinhart, P.A.
        250 Australian Avenue South, Suite 1400
        West Palm Beach, Florida 33401
        (561) 202-6360
        Fax: (561)828-0983

        _____ for
        BRUCE E. REINHART, ESQUIRE
        Florida Bar No. 10762

## Service List

Theodore J. Leopold, Esq.
Ricci-Leopold, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL  33410
Fax: 561 697 2383
*Counsel for Plaintiff Jane Doe*

Bruce E. Reinhart, Esq.
Bruce E. Reinhart, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, FL  33401
Fax: 561 828 0983
*Counsel for Defendant Sarah Kellen*

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY FLORIDA

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian

Case No: 50 2008 CA 006596 XXXX MB AB

Florida Bar No: 089737

            Plaintiff

vs.

JEFFREY EPSTEIN, HALEY ROBSON
and SARAH KELLEN

            Defendant

## NOTICE OF HEARING

        YOU ARE HEREBY NOTIFIED that Plaintiff's shall call up for hearing the
following:

DATE:       June 18, 2008
TIME:       8:45 A.M.
JUDGE:      The Honorable Jonathan D. Gerber
ADDRESS:    201 North Dixie Highway
            West Palm Beach, FL 33401
MATTER:     Defendant Epstein's Motion for Enlargement of Time and Defendant Robson's
            Motion to Quash Service of Process

        I hereby certify that a good faith effort has been made to resolve the issues herein,
or same shall be made prior to the hearing.

        I HEREBY CERTIFY that a true and correct copy of the foregoing was served by
U.S.Mail this ⌀ day of June, 2008, to all counsel on the attached service list.

                RICCI~LEOPOLD, P.A.
                2925 PGA Blvd.
                Suite 200
                Palm Beach Gardens, FL 33410
                561-684-6500

        By: _____
                SPENCER T. KUVIN, ESQ.

RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200, Palm Beach Gardens, FL 33410
Tel # (561) 684-6500, Facsimile # (561) 697-2383

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL
CIRCUIT IF AND FOR PALM BEACH COUNTY FLORIDA

JANE DOE, by and through JANE
DOE'S MOTHER, as parent and natural
guardian

       Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY
ROBSON, and SARAH KELLEN

       Defendants.

_____/

CASE NO. 50 2008 CA006596
XXXX MB

**DEFENDANT, HALEY ROBSON'S,
NOTICE OF FILING AFFIDAVITS IN SUPPORT OF THIS
DEFENDANT'S MOTION TO QUASH SERVICE OF PROCESS
DATED APRIL 10, 2008**

COMES NOW the Defendant, HALEY ROBSON, by and through her undersigned counsel and hereby files with the Court, in support of this Defendant's Motion to Quash Service of Process, dated April 10, 2008, the following:

1)    Affidavit of Haley Robson (executed on April 22, 2008)

2)    Affidavit Tommy L. Robson (executed on April 19, 2008)

3)    Affidavit of Holly H. Robson (executed on April 19, 2008)

for use in subsequent proceedings in this action.

The Affidavits are also Composite Exhibit "B", a supplemental exhibit to the Motion to Quash Service of Process.

228 of 316    This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

*Doe vs. Espstein, et.al.*
*Defendant, Haley Robson's, Notice of Filing Affidavits (dated June 9, 2008)*
Case No. 50 2008 CA006596 XXXX MB

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via regular mail upon: Theodore J. Leopold, Esquire, Ricci-Leopold, P.A., 2925 PGA Boulevard, Suite 200 P.O. Box 2946, Palm Beach Gardens, FL 33410 on this **9th day of June, 2008.**

McINTOSH, SAWRAN, PELTZ & CARTAYA, P.A.
Centurion Tower
1601 Forum Place, Suite 1110
West Palm Beach, Florida 33401
Telephone: (561) 682-3202
Facsimile: (561) 682-3206

By:_____
    DOUGLAS M. MCINTOSH
    Florida Bar No.: 325597
    JASON A. MCGRATH
    Florida Bar No.: 97349

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

## IN THE CIRCUIT COURT OF THE 15TH JUDICIAL
## CIRCUIT IF AND FOR PALM BEACH COUNTY FLORIDA

JANE DOE, by and through JANE     **CASE NO.** 50 2008 CA006596
DOE'S MOTHER, as parent and natural     XXXX MB
guardian

      Plaintiff,

**vs.**

JEFFREY EPSTEIN, HALEY
ROBSON, and SARAH KELLEN

      Defendants.

_____/

## <u>AFFIDAVIT OF HALEY ROBSON</u>

## STATE OF FLORIDA
## COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, HALEY ROBSON, being duly sworn, states as follows:

1.     My name is HALEY ROBSON. I am over eighteen (18) years of age, of sound mind, and competent to make this Affidavit. The facts stated herein are true and correct and are based upon my personal knowledge.

2.     On March 21, 2008, I did not live at 12247 72nd Court North, West Palm Beach, Florida 33412. I have not lived at that address since late November, 2007.

3.     Since late November, 2007, I have lived at an entirely different address in a different county in Florida. My personal day-to-day items and clothes have not

**EXHIBIT**
"B"

been located at 12247 72nd Court North, West Palm Beach, Florida 33412 since late

November, 2007, but rather have been located where I live in a different county.

4.     I never authorized my father, Tommy L. Robson, or anyone else, to

accept service of the Summons and Complaint, in this matter, on my behalf.

FURTHER AFFIANT SAYETH NOT.

HALEY ROBSON
DOB: 4/9-1986

SUBSCRIBED AND SWORN TO BEFORE ME by _Haley Robson_
on this the _22nd_ day of April, 2008.

Notary Public, State of Florida

LINDA J. EVANOFF
MY COMMISSION # DD 742910
EXPIRES: February 1, 2012
Bonded Thru Notary Public Underwriters

Stamped Commission of Notary Public

____ Personally Known OR Produced Identification  _X_

Identification Produced _FL D/L # R125-320-86-629-0_

2

**IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IF
AND FOR PALM BEACH COUNTY FLORIDA**

JANE DOE, by and through JANE DOE'S      **CASE NO.** 50 2008 CA006596 XXXX
MOTHER, as parent and natural guardian      MB

      Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON,
and SARAH KELLEN

      Defendants,

_____/

## AFFIDAVIT OF TOMMY L. ROBSON

**STATE OF FLORIDA
COUNTY OF PALM BEACH**

BEFORE ME, the undersigned authority, TOMMY L. ROBSON, being duly sworn,

states as follows:

1.     My name is TOMMY L. ROBSON. I am the biological father of HALEY

ROBSON. I am over eighteen (18) years of age, of sound mind, and competent to make this

Affidavit. The facts stated herein are true and correct and are based upon my personal

knowledge.

2.     I own and reside at 12247 72nd Court North, West Palm Beach , Florida 33412

and have since approximately September 1998.

3.     My daughter HALEY ROBSON, moved out of this home approximately late

November, 2007, and has not lived here since, and was not living here on March 21, 2008.

MCINTOSH, SAWHAN, PELTZ, & CARTAYA, P.A. · ATTORNEYS AT LAW · 1601 FORUM PLACE · SUITE 1110 · WEST PALM BEACH, FL 33401
TELEPHONE (561) 682-3202    FACSIMILE (561) 682-3206

232 of 316    This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

*Case No. 50 2008 CA006596 XXXX MB*
*Affidavit of Tommy L. Robson*

Thus, she was not living here when the Summons and Complaint in this matter were handed

to me at 8:34 p.m. on March 21, 2008.

4.     My daughter HALEY ROBSON's personal day-to-day items and clothing are

generally kept at the location where she physically resides, and have not been kept here since

approximately late November 2007.

5.     My daughter HALEY ROBSON never authorized me to accept, on her behalf,

the Summons and Complaint which was handed to me on March 21, 2008 at 8:34 p.m.

FURTHER AFFIANT SAYETH NOT.

_____
TOMMY L. ROBSON
DOB: 12-29-1947

SUBSCRIBED AND SWORN TO BEFORE ME by ___Tommy L. Robson___
on this the 19th day of April, 2008.

_____
Notary Public, State of Florida
My Commission DD288409
Expires May 30, 2008

_____
Stamped Commission of Notary Public

_____ Personally Known OR Produced Identification \/

Identification Produced ___R125 - 812 - 47 - 469 - 0___

2

McINTOSH, SAWRAN, PELTZ, & CARTAYA, P.A. • ATTORNEYS AT LAW • 1601 FORUM PLACE • SUITE 1110 • WEST PALM BEACH, FL 33401
TELEPHONE (561) 682-3202          FACSIMILE (561) 682-3204

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IF
AND FOR PALM BEACH COUNTY FLORIDA

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian

CASE NO. 50 2008 CA006596 XXXX
MB

      Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON,
and SARAH KELLEN

      Defendants.

_____/

## AFFIDAVIT OF HOLLY ROBSON

### STATE OF FLORIDA
### COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, HOLLY ROBSON, being duly sworn, states as follows:

1.    My name is HOLLY H. ROBSON. I am the biological mother of HALEY ROBSON. I am over eighteen (18) years of age, of sound mind, and competent to make this Affidavit. The facts stated herein are true and correct and are based upon my personal knowledge.

2.    I own and reside at 12247 72nd Court North, West Palm Beach , Florida 33412 and have since approximately September 1998.

3.    My daughter HALEY ROBSON, moved out of this home approximately late November, 2007, and has not lived here since, and was not living here on March 21, 2008.

234 of 316    This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

*Case No. 50 2008 CA006596 XXXX MB*
*Affidavit of Holly H. Robson*

Thus, she was not living here when the Summons and Complaint in this matter were handed

to my husband, TOMMY L. ROBSON, at 8:34 p.m. on March 21, 2008.

   4.   My daughter HALEY ROBSON's personal day-to-day items and clothing are

generally kept at the location where she physically resides, and have not been kept here since

approximately late November 2007.

   5.   To my knowledge, my daughter HALEY ROBSON never authorized my

husband, Tommy Robson, or anyone else to accept service on her behalf

FURTHER AFFIANT SAYETH NOT.

HOLLY ROBSON
DOB: 12-29-1957

   SUBSCRIBED AND SWORN TO BEFORE ME by Holly H. Robson
on this the 19th day of April, 2008.

Notary Public, State of Florida
My Commission DD286400
Expires May 30, 2008

Stamped Commission of Notary Public

____ Personally Known OR Produced Identification ✓

Identification Produced  R 125-328-57-969-0

2

MCINTOSH, SAWRAN, PELTZ, & CARTAYA, P.A. · ATTORNEYS AT LAW · 1601 FORUM PLACE · SUITE 1110 · WEST PALM BEACH, FL 33401

TELEPHONE (561) 683-3302          FACSIMILE (561) 683-3306

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

CASE NO:  50 2008 CA 006596 XXXX
MB AB

    Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

    Defendant.

               /

## ORDER ON PLAINTIFF'S MOTION ~~TO TIME~~ TO OBTAIN EXTENSION OF TIME TO OBTAIN SERVICE OF PROCESS

THIS CAUSE having come before the Court on Plaintiff's Motion of Time to Obtain

Extension of Time to Obtain Service of Process and the Court having heard argument of counsel

and considered the evidence in this matter, it is thereupon ORDERED AND ADJUDGED that:

_Motion is GRANTED. 90 additional days from_

_July 6, 2008._

Dated: _June 12, 2008._

                   Honorable Jonathan D. Gerber

Copies furnished to:
Spencer T. Kuvin, Esq., Ricci~Leopold PA, 2925 PGA Blvd, Ste 200, Palm Beach Gdns, FL 33410
Lanna Belohlavek, Esq., 401 N. Dixie Highway, West Palm Beach, FL 33401
Jack A. Goldberger, Esq., 250 S. Austrailian Avenue, Suite 1400, West Palm Beach, FL 33401
Douglas M. McIntosh, Esq./Jason A. McGrath, Esq., 1601 Forum Pl, Ste 1110, WPB, FL 33401
Robert Critton, Esq., 515 N. Flagler Drive, Suite 400, West Palm Beach, FL 33401

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO: 50 2008 CA 006586 XXXX
MB AB

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

        Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

        Defendants.

_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OBTAIN SERVICE OF PROCESS ON DEFENDANT, JEFFREY EPSTEIN

Pursuant to Rule 1.070, Florida Rules of Civil Procedure, Plaintiff files this Motion for Extension of Time within which to obtain service of process upon Defendant, Jeffrey Epstein, and as grounds therefore states as follows:

1. A complaint in this action was filed on March 6, 2008. Pursuant to Florida Rules of Civil Procedure 1.070(j), Plaintiff has until July 6, 2008 to serve this Defendant.

2. The Complaint includes claims for Sexual Assault, Civil Conspiracy, Intentional Infliction of Emotional Distress, and Civil Remedy for Violation of Florida Statute Section 772.103 against Defendant, Jeffrey Epstein, arising from an incident which occurred on or about 2005 in Palm Beach County, Florida.

CLERK:
File this document
in the court file.
Judge Gerber

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

3. Since the filing of the Complaint on March 6, 2008, Plaintiff has diligently attempted to perfect service of process upon Defendant, Jeffrey Epstein, including numerous attempts as probable residences in New York, New York and Palm Beach, Florida, and skip traces to locate him.

4. Plaintiff moves this Court for an extension of time of an additional 120 days within which to effect service of process on this Defendant.

5. Good cause exists for the requested extension of time and no prejudice will be had to the existing Defendant by the granting of this Motion. Plaintiff will file an Affidavit from the investigator in support of this Motion prior to the Motion being heard.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U. S. Mail, postage prepaid, this 2 day of May, 2008 to Douglas M. McIntosh, Esq. and Jason A. McGrath, Esq., McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion Tower, Suite 1110, 1601 Forum Place, West Palm Beach, FL 33401.

RICCI-LEOPOLD, P.A.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
Phone: 561-684-6500
Fax:    561-697-2383

By:_____
SPENCER T. KUVIN
Florida Bar No.: 089737

Page 2 of 2

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IF
AND FOR PALM BEACH COUNTY FLORIDA

JANE DOE, by and through JANE
DOE'S MOTHER, as parent and natural
guardian

CASE NO. 50 2008 CA006596
XXXX MB

     Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY
ROBSON,  and SARAH KELLEN

     Defendants.

_____/

## NOTICE OF UNAVAILABILITY

    **COMES NOW**, the Defendant, Haley Robson, by and through the undersigned

attorneys, and files this, her Notice of Unavailability and Absence From Jurisdiction

of primary counsel in this matter, and sets forth as follows:

    1.    That undersigned attorney has long standing plans for prepaid travel

arrangements from June 30 through July 24, 2008, and will be out of the jurisdiction

during these times.

    2.    It is requested that no matters be scheduled in this cause during the

aforementioned dates or that same be scheduled with assistant counsel, due to

unavailability of primary counsel for this Defendant.

    3.    That this Notice of Unavailability is not being filed in any way to harass

MCINTOSH, SAWRAN, PELTZ, & CARTAVA, P.A. • ATTORNEYS AT LAW • 1776 EAST SUNRISE BOULEVARD • FT. LAUDERDALE, FL 33304
TELEPHONE (954) 765-1001    FACSIMILE (954) 765-1005

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

CASE NO. 50 2008 CA006596 XXXX MB

or unnecessarily delay discovery or progress in this matter.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via regular mail upon: Theodore J. Leopold, Esquire, Ricci-Leopold, P.A., 2925 PGA Boulevard, Suite 200 P.O. Box 2946, Palm Beach Gardens, FL 33410 on this 12th day of June, 2008.

McINTOSH, SAWRAN, PELTZ &
CARTAYA, P.A.
*Attorneys for Defendant, HaleyRobson*
1776 East Sunrise Boulevard
P.O. Box 7990
Fort Lauderdale, FL 33338-7990
Telephone: (954) 765-1001
Facsimile: (954) 765-1005

By: _____

**DOUGLAS M. MCINTOSH**
**Florida Bar No.: 325597**
JASON A. MCGRATH
Florida Bar No.: 97349

2

243 of 316          This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY FLORIDA

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian

Case No: 50 2008 CA 006596 XXXX MB AB

Florida Bar No: 089737

Plaintiff

vs.

JEFFREY EPSTEIN, HALEY ROBSON
and SARAH KELLEN

Defendant

## NOTICE OF CANCELLATION OF HEARINGS

YOU ARE HEREBY NOTIFIED that the following hearings scheduled for June 18, 2008 on Defendant Epstein's Motion for Enlargement of Time and Defendant Robson's Motion to Quash Service of Process have been CANCELLED.

I hereby certify that a good faith effort has been made to resolve the issues herein, or same shall be made prior to the hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 18 day of June, 2008, to all counsel on the attached service list.

RICCI~LEOPOLD, P.A.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
561-684-6500

By: _____
SPENCER T. KUVIN, ESQ.
Fla Bar. 0089737

RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200, Palm Beach Gardens, FL 33410
Tel # (561) 684-6500, Facsimile # (561) 697-2383

245 of 316

Case No: 50 2008 CA 006596 XXXX MB AB

## Service List

Lanna Belohlavek, Esq.
Attorney For: State of Florida
401 N. Dixie Highway
West Palm Beach, FL 33401
Phone: (561) 355-7100
Fax: (561) 355-7379

Jack A. Goldberger, Esq.
Attorney For: Jeffrey Epstein
Atterbury Goldberger & Weiss, P.A.
250 S Australian Avenue
Suite 1400
West Palm Beach, FL 33401
Phone: (561) 659-8300
Fax: (561) 835-8691

Bruce E. Reinhart, Esq.
Attorney For: Sarah Kellen
Bruce E. Reinhart, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401
Phone: (561) 202-6360
Fax: (561) 828-0983

Douglas M. McIntosh, Esq.
Attorney For: Haley Robson
Jason A. McGrath, Esq.
McIntosh, Sawran, Peltz & Cartaya, P.A.
Centurion Tower, Suite 1110
1601 Forum Place
West Palm Beach, FL 33401
Phone: (561) 682-3202
Fax: (561) 682-3206

Robert Critton, Esq.
Attorney For: Jeffrey Epstein
Burman, Critton, Luttier & Coleman, LLP
515 N. Flagler Drive
Suite 400
West Palm Beach, FL 33401
Phone: (561) 842-2820
Fax: (561) 515-3148

247 of 316

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH
COUNTY, FLORIDA,

CASE NO. 2008 CA 006596XXXX MB

JANE DOE, by and through
JANE DOE'S MOTHER
as parent and natural guardian,

       Plaintiffs,

vs.

JEFFREY EPSTEIN,
HALEY ROBSON, and
SARAH KELLEN,

       Defendants.

_____/



## DEFENDANT Sarah Kellen's MOTION TO QUASH
## SERVICE OF PROCESS AND SET ASIDE CLERK'S DEFAULT

Defendant Sarah Kellen, pursuant to Rules 1.500(d) and 1.140(b)(5) of the Florida Rules of

Civil Procedure, moves the Court, *first*, to quash service of process, and *second*, to set aside the

clerk's default entered against her on June 6, and as grounds for this relief respectfully states as

follows:

### Introduction

The attempt at substituted service on Ms. Kellen did not comply with Florida procedure, and

must therefore be quashed. This Court, on grounds of insufficient service of process, does not have

jurisdiction to enter a default.

### Discussion

A.    **The attempt at substituted service of process was ineffective.**

Sarah Kellen is a resident of New York. In an effort to effect substituted service on Ms. Kellen, a process server left copies of the pertinent summons and complaint with a nonresident doorkeeper who works at 301 East 66th Street in New York, a multiunit apartment building where Ms. Kellen maintains a personal residence. This attempt at substituted service did not comply with Florida procedure.

To serve someone in New York in the context of a Florida lawsuit, an "officer authorized to serve process in [New York]" is required, under section 48.194, Florida Statutes, to effect service "in the same manner as service within [Florida]." § 48.194(1), Fla. Stat. (2007). To say it another way, service must conform to Florida procedure—not New York procedure.

Under Florida law, service of process can be effected "by leaving the copies [of the summons and complaint] at [the defendant's] usual place of abode with any person *residing therein* who is 15 years of age or older and informing the person of their contents." § 48.031(1)(a), Fla. Stat. (2007) (emphasis added). It is well settled that "[s]tatutes governing service of process should be strictly construed." *E.g., York Commc'ns, Inc. v. Furst Group, Inc.*, 724 So.2d 678, 679 (Fla. 4th DCA 1999).

In construing section 48.194(1)(a), it is clear that the above doorkeeper was not a "person residing" in Ms. Kellen's "usual place of abode" for purposes of effecting service. *See Schupak v. Sutton Hill Assocs.*, 710 So. 2d 707, 709 (Fla. 4th DCA 1998) ("*A fortiori*, leaving process with an apartment doorman in the apartment lobby is insufficient service."); *accord Smith v. FDIC*, 711 So. 2d 1367, 1368 (Fla. 4th DCA 1998) (per curiam) (holding that service of process was ineffective where summons and complaint were left with a doorkeeper at the defendant's New York City apartment building).

B.    **This Court has not yet acquired personal jurisdiction over Ms. Kellen.**

Because there has been no effective service of process, as set forth above, this Court has not yet acquired personal jurisdiction over Sarah Kellen. *See Shurman v. Atlantic Mortgage & Inv. Corp.,* 795 So. 2d 952, 953 (Fla. 2001) ("It is well settled that the fundamental purpose of service [of process] is 'to give proper notice to the defendant in the case that he is answerable to the claim of plaintiff and, therefore, *to vest jurisdiction in the court entertaining the controversy.*'") (*quoting State ex rel. Merritt v. Heffernan,* 195 So. 145, 147 (Fla. 1940)) (emphasis added). *Cf. Borden v. East-European Ins. Co.,* 921 So. 2d 587, 591 (Fla. 2006) (stating that service of process is "necessary before a defendant . . . may be compelled to answer a claim brought in a court of law"); *see also Space Coast Credit Union v. The First, F.A.,* 467 So. 2d 737, 739 (Fla. 5th DCA 1985) (observing that "[i]f the court fails to acquire jurisdiction over the defendant in the proper manner, *its judgment is void*") (citations omitted) (emphasis added).

For these reasons above, the purported service of process must be quashed, and the clerk's default must be set aside as void.

WHEREFORE, Sarah Kellen respectfully requests an Order quashing the purported service of process, and setting aside the clerk's default entered against her on June 6.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by mail to Theodore J. Leopold, Esquire, Ricci-Leopold, P.A., 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, Florida 33410; Douglas M. McIntosh, Esquire and Jason A. McGrath, Esquire, McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion Tower, 1601 Forum Place, Suite 1110, West Palm Beach, Florida 33401; Jack A. Goldberger, Esquire, Atterbury, Goldberger & Weiss, P.A., 250 Australian Avenue South, Suite 1400, West Palm Beach, Florida 33401 and Robert Critton, Esquire, Burman, Critton,

Luttier & Coleman, LLP, 515 North Flagler Drive, Suite 400, West Palm Beach, Florida 33401, this

19th day of June, 2008.

Bruce E. Reinhart, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, Florida 33401
(561) 202-6360
Fax: (561) 828-0983

BRUCE E. REINHART, ESQUIRE
Florida Bar No.  10762

Case 9:08-cv-80804-KAM  Document 1-2  Entered on FLSD Docket 07/21/2008  Page 53 of 116

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IF
AND FOR PALM BEACH COUNTY FLORIDA

JANE DOE, by and through JANE
DOE'S MOTHER, as parent and natural
guardian

       Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY
ROBSON, and SARAH KELLEN

       Defendants.

_____/

CASE NO. 50 2008 CA006596
XXXX MB



## AGREED ORDER ON DEFENDANT HALEY ROBSON'S MOTION TO QUASH SERVICE OF PROCESS

THIS CAUSE having come before the Court on Defendant Haley Robson's

Motion to Quash Service of Process, and the Court having been advised in the

premises, it is hereby:

       ORDERED AND ADJUDGED that Defendant Haley Robson's Motion

to Quash Service of Process is hereby GRANTED, an Alias summons shall be issued,

and Plaintiff has until October 3, 2008 to serve Haley Robson.

       DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida,

MCINTOSH, SAWRAN, PELTZ, & CARTAYA, P.A. • ATTORNEYS AT LAW • 1601 FORUM PLACE • SUITE 1110 • WEST PALM BEACH, FI 33401
TELEPHONE (561) 683-3382    FACSIMILE (561) 683-3384

Case 9:08-cv-80804-KAM Document 1-2 Entered on FLSD Docket 07/21/2008 Page 54 of 116
This fax was received by GFI FAXmaker fax server. For more information, visit http://www.gfi.com

and this _24ᵗʰ_ day of June, 2008.

Honorable Jonathan D. Gerber
CIRCUIT COURT JUDGE

Conformed Copies Furnished to:

Theodore J. Leopold, Esquire, Ricci-Leopold, P.A., 2925 PGA Boulevard, Suite 200 P.O. Box 2946, Palm Beach Gardens, FL 33410

Bruce E. Reinhart, Esquire, Bruce E. Reinhart, P.A., 50 Australian Avenue South, Suite 1400, West Palm Beach, FL 33401

Jason A. McGrath, Esquire, McIntosh, Sawran, Peltz & Cartaya, P.A., 1601 Forum Place, Suite 1110, West Palm Beach, FL 33401-4025

2

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO: 50 2008 CA 006596 XXXX
MB AB

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

        Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

        Defendants.

_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OBTAIN SERVICE OF PROCESS ON DEFENDANTS, HALEY ROBSON AND SARAH KELLEN

      Pursuant to Rule 1.070, Florida Rules of Civil Procedure, Plaintiff files this Motion for

Extension of Time within which to obtain service of process upon Defendants, Haley Robson

and Sarah Kellen, and as grounds therefore states as follows:

    1.  A complaint in this action was filed on March 6, 2008.  Pursuant to Florida Rules of Civil

Procedure 1.070(j), Plaintiff has until July 6, 2008 to serve these Defendants.

    2.  The Complaint includes claims for Civil Conspiracy, Intentional Infliction of Emotional

Distress, and Civil Remedy for Violation of Florida Statute Section 772.103 against Defendants,

Haley Robson and Sarah Kellen, arising from an incident which occurred on or about 2005 in

Palm Beach County, Florida.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

3. Since the filing of the Complaint on March 6, 2008, Plaintiff has obtained service of process upon both Defendants; however both Defendants have moved to quash the service. The parties have agreed to quash the service of process and both Defendants.

4. Plaintiff is in the process of obtaining Alias Summons to perfect proper service on Defendant Haley Robson.

5. Plaintiff is also in the process of obtaining an Agreed Order quashing the service of process on Sarah Kellen and will seek an Alias Summons to perfect proper service of process on Defendant Sarah Kellen.

6. Plaintiff moves this Court for an extension of time of an additional 120 days within which to effect service of process on these Defendants.

7. Good cause exists for the requested extension of time and no prejudice will be had to the existing Defendants by the granting of this Motion.

WHEREFORE, Plaintiff requests this Court issue an Order granting Plaintiff an additional 120 days to perfect proper service of process on Defendants, Haley Robson and Sarah Kellen.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U. S. Mail, postage prepaid, this 24 day of June, 2008 to Bruce E. Reinhart, Esq., Bruce E. Reinhart, P.A., 250 Australian Avenue South, Suite 1400, West Palm Beach, FL 33401; Douglas M. McIntosh, Esq., Jason A. McGrath, Esq., McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion Tower, Suite 1110, 1601 Forum Place, West Palm Beach, FL 33401; Robert Critton, Esq., Burman, Critton, Luttier & Coleman, LLP, 515 N. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

RICCI~LEOPOLD, P.A.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
Phone: 561-684-6500
Fax:    561-697-2383

By:_____
        SPENCER T. KUVIN
        Florida Bar No.: 089737

Page 3 of 3

Case 9:08-cv-80804-KAM   Document 1-2   Entered on FLSD Docket 07/21/2008   Page 60 of 116

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY FLORIDA

Case No: 50 2008 CA 006596 XXXX MB AB

Florida Bar No: 089737

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian

        Plaintiff

vs.

JEFFREY EPSTEIN, HALEY ROBSON
and SARAH KELLEN

        Defendants

## NOTICE OF HEARING

TO:      ALL COUNSEL OF RECORD

    YOU ARE HEREBY NOTIFIED that Plaintiff shall call up for hearing the following:

DATE:      July 3, 2008
TIME:      8:45 am
JUDGE:    The Honorable Jonathan Gerber
ADDRESS:  201 North Dixie Highway
           West Palm Beach, FL 33401
MATTER:   Motion for Extension of Time to Obtain Service of Process on Defendants, Haley
           Robson & Sara Kellen

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S.
Mail this 24 day of June, 2008, to all counsel on the attached list.

           RICCI~LEOPOLD, P.A.
           2925 PGA Blvd.
           Suite 200
           Palm Beach Gardens, FL 33410
           561-684-6500

           By:      SPENCER T. KUVIN

RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200, Palm Beach Gardens, FL 33410
Tel # (561) 684-6500, Facsimile # (561) 697-2383

260 of 316

Case No: 50 2008 CA 006596 XXXX MB AB

## Service List

Bruce E. Reinhart, Esq.
Attorney For: Sarah Kellen
Bruce E. Reinhart, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401
Phone: (561) 202-6360
Fax: (561) 828-0983

Douglas M. McIntosh, Esq.
Attorney For: Haley Robson
Jason A. McGrath, Esq.
McIntosh, Sawran, Peltz & Cartaya, P.A.
Centurion Tower, Suite 1110
1601 Forum Place
West Palm Beach, FL 33401
Phone: (561) 682-3202
Fax: (561) 682-3206

Robert Critton, Esq.
Attorney For: Jeffrey Epstein
Burman, Critton, Luttier & Coleman, LLP
515 N. Flagler Drive
Suite 400
West Palm Beach, FL 33401
Phone: (561) 842-2820
Fax: (561) 515-3148

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY,
FLORIDA

JANE DOE, by and through
JANE DOE'S MOTHER as
parent and natural guardian,

      Plaintiffs,

vs.

JEFFREY EPSTEIN, HALEY
ROBSON, and SARAH KELLEN,

      Defendants.

_____/

CASE No. 50 2008 CA 006596 XXXXMB

PLEASE INCLUDE DIVISION ON PAPERWORK

COPY
RECEIVED FOR FILING

JUN 2 5 2008

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## NOTICE OF APPEARANCE AS CO-COUNSEL

NOTICE IS HEREBY GIVEN that the law firm of LEWIS TEIN, P.L. enters

its appearance as co-counsel for Defendant Jeffrey Epstein in these proceedings.

LEWIS TEIN, P.L. hereby request that all pleadings, court papers and

correspondence in this action also be served at the following address:

      LEWIS TEIN, P.L.
      3059 Grand Avenue, Suite 340
      Coconut Grove, Florida 33133
      Tel:  305 442 1101
      Fax: 305 442 6744
      Email:  lewis@lewistein.com
      Email:  tein@lewistein.com

Respectfully submitted,

LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Tel: 305 442 1101
Fax: 305 442 6744

By _____
GUY A. LEWIS
Fla. Bar No. 623740
lewis@lewistein.com
MICHAEL R. TEIN
Fla. Bar No. 993522
tein@lewistein.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being served this day,
June 25, 2008, on counsel of record identified on the attached service list by
facsimile and U.S. Mail.

_____
Michael R. Tein

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO: 50 2008 CA 006596 XXXX
MB AB

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

        Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

        Defendant.

_____/

## AFFIDAVIT TO ISSUE ALIAS SUMMONS

I, SPENCER T. KUVIN being dully sworn deposes and says:

1.    I am a partner in the law firm of Ricci~Leopold, P.A., 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL.

2.    On May 16, 2008 Jeffrey Epstein was served with a Summons in the above mater by substitute service.

3.    I now believe that Jeffrey Epstein may not have been in Palm Beach County on May 16, 2008, and thus substitute service is improper.

4.    The clerk is requested to issue an Alias Summons for Jeffrey Epstein in the above matter.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Further affiant sayeth naught.

SPENCER T. KUVIN

STATE OF Florida Bar
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 25th day of June, 2008 by SPENCER T. KUVIN, who is personally known to me or has produced

_____ as identification and who (did/did not) take an oath.

My Com

MARGARET BADAKA
MY COMMISSION # DD 412878
EXPIRES: July 30, 2009
Bonded Thru Notary Public Underwriters

Page 2 of 2

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO:  50 2008 CA 006596 XXXX
MB AB

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

        **Plaintiff,**

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

        **Defendants.**

_____/

## ALIAS SUMMONS

## PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT:

    JEFFREY EPSTEIN
    358 El Brillo Way
    Palm Beach, FL

### IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/ Plaintiff's Attorney" named below.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

"De acuerdo con el Acto ó Decreto de los Americansos con Impedimentos, Inhabilitados, personas en necesidad de servicio special para participar en este procedimiento deberán, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la officina Administratativa de la Corte, 205 North Dixie Highway, oficina 5.2500, West Palm Beach, FL 33401, Téléfono (561) 355-2431, 1-800-955-8771 (TDD) ó 1-800-955-8770 (V), Via Florida Relay Service".

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent ctre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre démarche, contacter l'office administrative de la Court situé au 5.2500, 205 North Dixie Highway, West Palm Beach, FL 33401 le telephone (561)355-2431 ou 1-800-955-8771 (TDD) ou 1-800-955-8770 (V) Via Florida Relay Service.

## IMPORTANT

Dápré ako ki fet avek Americans With Disabilities Act, tout moun ki ginyin yun bézwen éspésiyal pou akomodasiyon pou yo patisipé nan pwogram sa-a dwé, nan yun rézonab avan ninpot aranjman kapab fet, yo dwé kontakté Administrative Office of the Court, ki nan niméro 205 North Dixie Highway, Cham niméro 5.2500 West Palm Beach, Florida 33401 téléfon nan sé (561)355-2431 oubyen 1-800-955-8771 (T.D.D. oubyen 1-800-955-8770 (V) an pasan pa Florida Relay Service.

Page 3 of 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

"In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the Administrative Office of the Court, 205 North Dixie Highway, Room 5.2500, West Palm Beach, FL 33401, telephone (561)355-2431, 1-800-955-8771 (TDD), or 1-800-955-8770 (V), via Florida Relay Service".

THEODORE J. LEOPOLD, ESQUIRE
RICCI~LEOPOLD, P.A.
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410
(561) 684-6500

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the complaint/petition in this lawsuit on the above named defendant(s).

DATED ON _____ JUN 26 2008 ,2008.

SHARON BOCK
CLERK OF THE CIRCUIT COURT
Kristin Butler

By: _____
Deputy Clerk

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numbero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la

Page 2 of 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO:  50 2008 CA 006596 XXXX
MB AB

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

      Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

      Defendant.

_____/

## AFFIDAVIT TO ISSUE ALIAS SUMMONS

I, SPENCER T. KUVIN being dully sworn deposes and says:

1.    I am a partner in the law firm of Ricci~Leopold, P.A., 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL.

2.    On May 16, 2008 Jeffrey Epstein was served with a Summons in the above mater by substitute service.

3.    I now believe that Jeffrey Epstein may not have been in Palm Beach County on May 16, 2008, and thus substitute service is improper.

4.    The clerk is requested to issue an Alias Summons for Jeffrey Epstein in the above matter.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Further affiant sayeth naught.

SPENCER T. KUVIN

STATE OF Florida Bar
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 25th day of June,
2008 by SPENCER T. KUVIN, who is personally known to me or has produced
_____ as identification and who (did/did not) take an oath.

My Commission Expires:

MARGARET BADAKA
COMMISSION # DD 412678
EXPIRES: July 30, 2009
Bonded Thru Notary Public Underwriters

Page 2 of 2

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY,
FLORIDA

JANE DOE, by and through          CASE No. 50 2008 CA 006596 XXXXMB AB
JANE DOE'S MOTHER as
parent and natural guardian,

        Plaintiffs,

vs.

JEFFREY EPSTEIN, HALEY
ROBSON, and SARAH KELLEN,

        Defendants.
_____/

## DEFENDANT EPSTEIN'S MOTION FOR A TWO-WEEK ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant Jeffrey Epstein, pursuant to Fla. R. Civ. P. 1.090(b), hereby

moves this Court for an order enlarging the time to respond to the complaint by

two weeks, through an including July 10, 2008. As good cause for this motion,

Mr. Epstein states as follows:

1.    The complaint in this action was filed on March 6, 2008.

2.    On May 20, the plaintiff filed an affidavit of service stating that Mr.

Epstein was served by "residential substitution" on May 16, 2008.

3.    On May 28, plaintiff moved for 120 additional days to perfect service

of process.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

4.     On June 4, (a copy of plaintiff's motion for additional time to serve process having not been docketed) Epstein moved for a 20-day enlargement of time to respond to the complaint, and plaintiff noticed the motion for hearing.

5.     Mr. Pike in my office spoke with Mr. Kuvin and told him that we did not oppose plaintiff's motion.

6.     Undersigned counsel then spoke with counsel for the plaintiff after his hearing on the motion referenced in paragraph 3 above. Our understanding of that conversation was that:

> (i)     plaintiff's counsel would be seeking to re-serve Mr. Epstein because the initial service was insufficient and secured the additional 120 days; and

> (ii)    therefore, there was no need to have a hearing on Epstein's motion for enlargement of time. Plaintiff's counsel cancelled his notice regarding the hearing.

7.     On June 24, the undersigned learned that plaintiff's counsel had a different understanding of our prior conversation which was confirmed by co-counsel after the close of business on June 25.

8.     Specifically, we learned that plaintiff's counsel believes that service upon Mr. Epstein *was proper,* and that his response to the complaint (factoring in the 20 additional days he previously agreed to) was therefore due that very day.

2

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

9. As a result of the miscommunication between the undersigned and plaintiff's counsel, Mr. Epstein seeks additional time to respond to the complaint.

10. Further, because of the pendency of Mr. Epstein's parallel criminal case, Mr. Epstein needs an additional two weeks to frame his response to this lawsuit.[1]

11. This motion is made in good faith.

12. This will be Mr. Epstein's final request for an enlargement of time to respond to the complaint.

13. Defendant has conferred with counsel for the plaintiff, who *opposes* the relief sought in this motion.

WHEREFORE, Defendant Jeffrey Epstein respectfully requests that this Court grant a him a two-week enlargement of time, through and including July 10, 2008, to respond to the Complaint.

---

[1] *See State of Florida v. Jeffrey Epstein*, Case No. 2006 CF 09454 AXX, Fifteenth Judicial Circuit, Palm Beach County. At the Court's request, undersigned counsel can provide additional details on this point, *in camera*.

3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Respectfully submitted,

BURMAN, CRITTON, LUTTIER &
COLEMAN, LLP
515 North Flagler Drive Suite 400
West Palm Beach, FL 33401
Tel: 561 842 2820   Fax: 561 515 3148

By: _____

     Robert D. Critton
     Fla. Bar No. 224162

4

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being served this day,

June 26, 2008, on counsel of record identified on the attached service list by

facsimile and U.S. Mail.

Robert D. Critton

## Service List

Theodore J. Leopold, Esq.
Ricci-Leopold, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL  33410
Fax: 561 697 2383
*Counsel for Plaintiff Jane Doe*

Bruce E. Reinhart, Esq.
Bruce E. Reinhart, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, FL  33401
Fax: 561 828 0983
*Counsel for Defendant Sarah Kellen*

Douglas M. McIntosh, Esq.
McIntosh Sawran Peltz & Cartaya, P.A.
Centurion Tower
1601 Forum Place, Suite 1110
West Palm Beach, FL  33401

5

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Fax: 561 682 3206
*Counsel for Defendant Haley Robson*

Jack Goldberger, Esq.
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, FL 33401
Fax:   561 835 8691
*Co-counsel for Defendant Jeffrey Epstein*

Guy A. Lewis, Esq.
Michael R. Tein, Esq.
Lewis Tein, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, FL 33133
Fax:  305 442 6744
*Co-counsel for Defendant Jeffrey Epstein*

6

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO: 50 2008 CA 006596 XXXX
MB AB

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

        Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

        Defendants.
                           /

## ALIAS SUMMONS

### PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT:

        HALEY ROBSON
        11906 TUSCA LANE
        UNIT 623
        ORLANDO, FL

### IMPORTANT

        A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

        If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/ Plaintiff's Attorney" named below.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

"In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the Administrative Office of the Court, 205 North Dixie Highway, Room 5.2500, West Palm Beach, FL 33401, telephone (561)355-2431, 1-800-955-8771 (TDD), or 1-800-955-8770 (V), via Florida Relay Service".

THEODORE J. LEOPOLD, ESQUIRE
RICCI~LEOPOLD, P.A.
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410
(561) 684-6500


THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the complaint/petition in this lawsuit on the above named defendant(s).

DATED ON __JUN 3 0 2008__, 2008.


SHARON BOCK
CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

**BELVA HAMILTON**

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numbero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

Page 2 of 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

"De acuerdo con el Acto ó Decreto de los Americansos con Impedimentos, Inhabilitados, personas en necesidad del servicio especial para participar en este procedimiento deberán, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la officina Administratativa de la Corte, 205 North Dixie Highway, oficina 5.2500, West Palm Beach, FL 33401, Téléfono (561) 355-2431, 1-800-955-8771 (TDD) ó 1-800-955-8770 (V), Via Florida Relay Service".

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en même temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre démarche, contacter l'office administrative de la Court situé au 5.2500, 205 North Dixie Highway, West Palm Beach, FL  33401 le telephone (561)355-2431 ou 1-800-955-8771  (TDD) ou 1-800-955-8770 (V) Via Florida Relay Service.

## IMPORTANT

Dapré ako ki fet avek Americans With Disabilities Act, tout moun ki ginyin yun bézwen éspésiyal pou akomodasiyon pou yo patisipé nan pwogram sa-a dwé, nan yun rézonab avan ninpot aranjman kapab fet, yo dwé kontakté Administrative Office of the Court, ki nan niméro 205 North Dixie Highway, Cham niméro 5.2500 West Palm Beach, Florida 33401 téléfon nan sé (561)355-2431 oubyen 1-800-955-8771 (T.D.D. oubyen 1-800-955-8770 (V) an pasan pa Florida Relay Service.

Page 3 of 3

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO: 50 2008 CA 006596 XXXX
MB AB

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

        Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

        Defendants.

_____/

## ALIAS SUMMONS

## PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT:

    HALEY ROBSON
    11906 TUSCA LANE
    UNIT 623
    ORLANDO, FL

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: unknown      Page: 3/6      Date: 7/7/2008 1:49:20 PM

"In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the Administrative Office of the Court, 205 North Dixie Highway, Room 5.2500, West Palm Beach, FL 33401, telephone (561)355-2431, 1-800-955-8771 (TDD), or 1-800-955-8770 (V), via Florida Relay Service".

THEODORE J. LEOPOLD, ESQUIRE
RICCI-LEOPOLD, P.A.
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL  33410
(561) 684-6500

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the complaint/petition in this lawsuit on the above named defendant(s).

DATED ON  **JUN 3 0 2008** , 2008.

SHARON BOCK
CLERK OF THE CIRCUIT COURT

By: _Deputy Clerk

BELVA HAMILTON

Usted ha sido demandado legalmente. Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numbero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

Page 2 of 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

"De acuerdo con el Acto ó Decreto de los Americansos con Impedimentos, Inhabilitados, personas en necesidad del servicio special para participar en este procedimiento deberán, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la officina Administratativa de la Corte, 205 North Dixie Highway, oficina 5.2500, West Palm Beach, FL 33401, Téléfono (561) 355-2431, 1-800-955-8771 (TDD) ó 1-800-955-8770 (V), Via Florida Relay Service".

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en même temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre démarche, contacter l'office administrative de la Court situé au 5.2500, 205 North Dixie Highway, West Palm Beach, FL  33401 le telephone (561)355-2431 ou 1-800-955-8771 (TDD) ou 1-800-955-8770 (V) Via Florida Relay Service.

## IMPORTANT

Dapré ako ki fet avek Americans With Disabilities Act, tout moun ki ginyin yun bézwen éspésiyal pou akomodasiyon pou yo patisipé nan pwogram sa-a dwé, nan yun rézonab avan ninpot aranjman kapab fet, yo dwé kontakté Administrative Office of the Court, ki nan niméro 205 North Dixie Highway, Cham niméro 5.2500 West Palm Beach, Florida 33401 téléfon nan sé (561)355-2431 oubyen 1-800-955-8771 (T.D.D. oubyen 1-800-955-8770 (V) an pasan pa Florida Relay Service.

Page 3 of 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

JANE DOE, by and through
JANE DOE'S MOTHER as parent and    CASE NO. 502008CA006596XXXXMB AB
natural guardian

Plaintiffs,

v.

JEFFREY EPSTEIN, HALEY ROBSON,
and SARAH KELLEN,

Defendants.
_____/

## NOTICE OF HEARING
### (Uniform Motion Calendar)

TO:  SPENCER T. KUVIN, ESQ., Ricci-Leopold, P.A., 2925 PGA Blvd., Suite 200, Palm
Beach Gardens, FL 33410, JACK A. GOLDBERGER, ESQ., Atterbury Goldberger &
Weiss, P.A., One Clearlake Centre, Suite 1400, 250 Australian Avenue South, West
Palm Beach, FL 33401 DOUGLAS M. McINTOSH, ESQ. and JASON A. McGRATH,
ESQ., McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion Tower, 1601 Forum Place,
Suite 1110, West Palm Beach, FL 33401, GUY LEWIS, ESQ. and MICHAEL R. TEIN,
ESQ., Lewis & Tein, PL, 3059 Grand Avenue, Coconut Grove, FL 33133; BRUCE E.
REINHART, ESQ., Bruce E. Reinhart, P.A., 250 Australian Avenue South, Suite 1400,
West Palm Beach, FL 33401

YOU ARE HEREBY NOTIFIED that the undersigned has called up for a hearing the
following:

DATE:        July 7, 2008
TIME:        8:45 a. m.
JUDGE:       The Honorable Jonathan D. Gerger
PLACE:       Palm Beach County Courthouse, Room 11B

**SPECIFIC MATTERS TO BE HEARD:**

**Defendant Epstein's Motion for a Two-Week Enlargement of Time to
Respond to the Complaint**

I HEREBY CERTIFY that, pursuant to Local Rule No. 4, a good faith attempt to
resolve the matters set for hearing has been attempted but an agreement has not been
reached between parties as of the date of this notice.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Doe v. Epstein
Page 2 of 2

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished by facsimile and U.S. Mail to the above addressees, this ____ day of ____ June ____, 2008.

**BURMAN, CRITTON, LUTTIER & COLEMAN, LLP**
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
(561) 842-2820

By: _____
       Robert D. Critton, Jr.
       Florida Bar #224162
       Michael J. Pike
       Florida Bar #617296

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY FLORIDA

Case No: 50 2008 CA 006596 XXXX MB AB

Florida Bar No: 089737

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian

     Plaintiff

vs.

JEFFREY EPSTEIN, HALEY ROBSON
and SARAH KELLEN

     Defendants

## NOTICE OF CANCELLATION OF HEARINGS

YOU ARE HEREBY NOTIFIED that the following hearing scheduled for July 3, 2008

on Plaintiff's Motion for Extension of Time to Obtain Service of Process on Defendants, Haley

Robson & Sara Kellen is CANCELLED.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by

Facsimile and U.S. Mail this _3⁰_ day of June, 2008, to Bruce E. Reinhart, Esq., Bruce E.

Reinhart, P.A., 250 Australian Avenue South, Suite 1400, West Palm Beach, FL 33401; Michael

R. Tein, Esq., 3059 Grand Avenue, Suite 340, Coconut Grove, FL 33133; Douglas M.

McIntosh, Esq., Jason A. McGrath, Esq., McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion

Tower, Suite 1110, 1601 Forum Place, West Palm Beach, FL 33401; Robert Critton, Esq.,

Burman, Critton, Luttier & Coleman, LLP, 515 N. Flagler Drive, Suite 400, West Palm Beach,

FL 33401.



RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200, Palm Beach Gardens, FL 33410
Tel # (561) 684-6500, Facsimile # (561) 697-2383

RICCI~LEOPOLD, P.A.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
561-684-6500

By:

SPENCER T. KUVIN

RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200, Palm Beach Gardens, FL  33410
Tel # (561) 684-6500, Facsimile # (561) 697-2383

295 of 316

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO. 2008 CA 006596 XXXX

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

        Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

        Defendants.

_____/

### ALIAS SUMMONS

### PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT:

    JEFFREY EPSTEIN
    358 El Brillo Way
    Palm Beach, FL

### IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

CARL W. WOODS
CERTIFIED PROCESS SERVER
15TH JUDICIAL CIRCUIT
PALM BEACH COUNTY, FLORIDA
(NUMBER 723)
DATE: 6-30-2008  TIME: 8:02 A.M

"In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the Administrative Office of the Court, 205 North Dixie Highway, Room 5.2500, West Palm Beach, FL 33401, telephone (561)355-2431, 1-800-955-8771 (TDD), or 1-800-955-8770 (V), via Florida Relay Service".

THEODORE J. LEOPOLD, ESQUIRE
RICCI~LEOPOLD, P.A.
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL  33410
(561) 684-6500

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:  You are commanded to serve this Summons and a copy of the complaint/petition in this lawsuit on the above named defendant(s).

DATED ON _____, 2008.
                JUN 20 2008

                                    _____
                                    SHARON BOCK
                                    CLERK OF THE CIRCUIT COURT

                                    By: _____
                                        Deputy Clerk

                                    Kristin Butler

IMPORTANTE                          SHARON R. BOCK
                                    Clerk & Comptroller
                                    P.O. Box 4667
      Usted ha sido demandado legalmente.  Tiene 20 Dias, contados a partir del recibo de Florida
esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante el Tribunal.
Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numbero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

      Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la

persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

"De acuerdo con el Acto ó Decreto de los Americansos con Impedimentos, Inhabilitados, personas en necesidad del servicio special para participar en este procedimiento deberán, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la officina Administrativa de la Corte, 205 North Dixie Highway, oficina 5.2500, West Palm Beach, FL 33401, Télefono (561) 355-2431, 1-800-955-8771 (TDD) ó 1-800-955-8770 (V), Via Florida Relay Service".

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous.   Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre démarche, contacter l'office administrative de la Court situé au 5.2500, 205 North Dixie Highway, West Palm Beach, FL  33401 le telephone (561)355-2431 ou 1-800-955-8771 (TDD) ou 1-800-955-8770 (V) Via Florida Relay Service.

<u>IMPORTANT</u>

Dapré ako ki fet avek Americans With Disabilities Act, tout moun ki ginyin yun bézwen éspésiyal pou akomodasiyon pou yo patisipé nan pwogram sa-a dwé, nan yun rézonab avan ninpot aranjman kapab fet, yo dwé kontakté Administrative Office of the Court, ki nan niméro 205 North Dixie Highway, Cham niméro 5.2500 West Palm Beach, Florida 33401 téléfon nan sé (561)355-2431 oubyen 1-800-955-8771 (T.D.D. oubyen 1-800-955-8770 (V) an pasan pa Florida Relay Service.

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

CASE NO:  50 2008 CA 006596 XXXX
MB AB

JANE DOE,

                Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON,
and SARAH KELLEN,

               Defendants.

_____/

## AMENDED COMPLAINT

Plaintiff JANE DOE brings this Complaint against Defendants JEFFREY EPSTEIN, HALEY ROBSON, and SARAH KELLEN, and states as follows:

### Parties, Jurisdiction and Venue

1. Jane Doe is a citizen and resident of the State of Florida.  She is a sui juris and over the age of 18.

2. Jane Doe brings this Complaint under a fictitious name to protect her identity because the Complaint makes sensitive allegations of sexual assault and abuse that she suffered while a minor.

3. Defendant Jeffrey Epstein is a citizen and resident of the State of New York.

4. Defendant Haley Robson is a citizen and resident of Palm Beach County, Florida.

5. Defendant Sarah Kellen is a citizen and resident of the State of New York.

6. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000), exclusive of interest and costs.

7.  Venue is proper in this Court under section 47.011, Florida Statutes, because the causes of action brought herein accrued in Palm Beach County, Florida and one or more Defendants resides in Palm Beach County, Florida.

## Factual Allegations

8.  At all relevant times, Defendant Jeffrey Epstein was an adult male. Epstein is a financier and money manager with a secret clientele limited exclusively to billionaires. He is a man of tremendous wealth, power, and influence. He maintains his principal home in New York and also owns residences in New Mexico, St. Thomas and Palm Beach, Florida.   The allegations herein concern Epstein's conduct while at his lavish estate in Palm Beach.

9.  Upon information and belief, Epstein has a sexual preference and obsession for minor girls. He engaged in a plan, scheme, and/or enterprise in which he gained access to primarily economically disadvantaged minor girls in his home, sexually assaulted these girls or coerced or attempted to coerce them to engage in prostitution, and then gave them money. In or about 2005, Jane Doe, then 14 years old, fell into Epstein's trap and became one of his victims.

10. Upon information and belief, Jeffrey Epstein carried out this scheme/enterprise and assaulted girls in Florida, New York and on his private island, known as Little St. James, in St. Thomas.

11. An integral player in Epstein's Florida scheme/enterprise was Sarah Kellen, an assistant of Epstein's from New York, New York, and Haley Robson, a Palm Beach Community College student from Loxahatchee, Florida. They recruited girls ostensibly to give a wealthy man a massage for monetary compensation in his Palm Beach mansion. Under Epstein's plan/enterprise, Ms. Robson was contacted shortly before or soon after Epstein was at his Palm Beach residence. Epstein, Kellen, or someone on their behalf, directed Ms. Robson to bring one

302 of 316

or more underage girls to the residence. Ms. Robson, upon information and belief, generally sought out economically disadvantaged underage girls from Loxahatchee and surrounding areas who would be enticed by the money being offered - generally $200 to $300 per "massage" session – and who were perceived as less likely to complain to authorities or have credibility if allegations of improper conduct were made. This was an important element of Epstein's plan/enterprise.

12. Epstein's plan, scheme, and/or enterprise reflected a particular pattern and method. Upon arrival at Epstein's mansion, Mr. Robson would introduce each victim to Sarah Kellen, Epstein's assistant, who gathered the girl's personal information, including her name and telephone number. Ms. Kellen would then bring the girl up a flight of stairs to a bedroom that contained a massage table in addition to other furnishings. There were photographs of nude women lining the stairway hall and in the bedroom. Ms. Kellen would then leave the girl alone in this room, whereupon Epstein would enter wearing only a towel. He would then remove his towel, lay down naked on the massage table, and direct the girl to remove her clothes. He then would perform one or more lewd, lascivious and sexual acts, including masturbation, touching the girl's vagina with a vibrator, or digitally penetrating the girl's vagina, and coerce or attempt to coerce the girl to engage in lewd acts and/or prostitution.

13. Consistent with the foregoing plan, scheme, and/or enterprise, Ms. Robson recruited Jane Doe to give Epstein a massage for monetary compensation. Ms. Robson brought Jane Doe to Epstein's mansion in Palm Beach. Jane was introduced to Sarah Kellen, who led her up the flight of stairs to the room with the massage table. Ms. Kellen set up the massage table, laid out massage oils, told Jane Doe that Epstein would be in shortly, and then left the room. Jane Doe was alone in the room when Epstein arrived. Epstein told her to remove her clothes and left the

room. When Epstein returned he was wearing only a towel. He removed his towel and laid down on his stomach on the massage table. Epstein again told Jane Doe to remove her clothes. In shock, fear and trepidation, Jane Doe complied, removing her clothes except for her panties and bra. Shortly after starting to rub Epstein's back, Epstein told Jane Doe to sit on his back. Jane Doe, out of fear and trepidation, complied. After a period of time Epstein got up from the table and went behind the door. For several minutes Jane Doe heard loud noises and moans and believes that Epstein was masturbating. Thereafter Epstein, naked, returned to the massage table and laid face up on the table. Epstein than told Jane Doe to continue with the massage and told her to sit on top of him. Out of fear and trepidation she complied. As Jane Doe rubbed Epstein's chest, Epstein began to use a vibrator on Jane Doe's vagina. Thereafter Epstein began to digitally stimulate and attempt to penetrate Jane Doe's vagina. At this same time, Epstein was masturbating. Upon reaching orgasm, Epstein got up from the massage table, told Jane Doe to write down her name and phone number, and then left the room.

14. Jane Doe was then able to get dressed, leave the room and go back down the stairs and into the kitchen. Epstein, Robson and Kellen were waiting for Jane Doe. Epstein paid Jane Doe $300. Ms. Robson was paid $200 by Epstein for bringing Jane Doe to him. Ms. Robson took Jane Doe home.

15. As a result of this encounter with Epstein, the 14-year old Jane Doe experienced confusion, shame, humiliation, and embarrassment, and the assault sent her life into a downward spiral.

## COUNT I
### Sexual Assault against Defendant Epstein

16. Plaintiff Jane Doe repeats and realleges paragraphs 1 through 16 above.

17. Defendant Epstein tortiously assaulted Jane Doe sexually in or about 2005.

304 of 316

18. This sexual assault was in violation of Chapter 800 of the Florida Statutes, which recognizes as a crime the lewd and lascivious acts committed by Epstein upon Jane Doe.

19. As a direct and proximate result of Epstein's assault on Jane Doe, she has suffered and will continue to suffer severe and permanent traumatic injuries, including mental, psychological and emotional damages.

WHEREFORE, Plaintiff Jane Doe demands judgment against Defendant Jeffrey Epstein for compensatory damages, costs, attorney's fees, and such other and further relief as this Court deems just and proper. Further, Plaintiff reserves the right to amend this Complaint to add a claim for punitive damages pursuant to Florida Law.

## COUNT II
### Civil Conspiracy against Defendants Epstein, Robson and Kellen

20. Plaintiff Jane Doe repeats and realleges paragraphs 1 through 16 above.

21. Defendants Epstein, Robson and Kellen conspired to subject Jane Doe to the sexual assault of Defendant Epstein.

22. Each of the Defendants committed an overt act in pursuance of this conspiracy: Defendant Robson used false pretenses to lure Jane Doe to the home of Defendant Epstein so that Epstein could sexually assault Jane Doe; Defendant Kellen delivered Jane Doe to Defendant Epstein's bedroom so that Epstein could sexually assault Jane Doe; and Defendant Epstein actually committed sexual assault against Jane Doe.

23. As a direct and proximate result of Defendants' civil conspiracy, Jane Doe has suffered and will continue to suffer severe and permanent traumatic injuries, including mental, psychological and emotional damages.

WHEREFORE, Plaintiff Jane Doe demands judgment against Defendants Jeffrey Epstein, Haley Robson, and Sarah Kellen for compensatory damages, costs, attorney's fees, and such

other and further relief as this Court deems just and proper. Further, Plaintiff reserves the right to amend this Complaint to add a claim for punitive damages pursuant to Florida Law.

**COUNT III**
**Intentional Infliction of Emotional Distress against**
**Defendants Epstein, Robson, and Kellen**

24. Plaintiff Jane Doe repeats and realleges paragraphs 1 through 16 above.

25. The conduct of Defendants Epstein, Robson, and Kellen in subjecting Jane Doe to the sexual assault of Defendant Epstein was intentional or reckless.

26. The conduct of Defendants Epstein, Robson, and Kellen in subjecting Jane Doe to the sexual assault of Defendant Epstein was outrageous, going beyond all bounds of decency.

27. The conduct of Defendants Epstein, Robson, and Kellen in subjecting Jane Doe to the sexual assault of Defendant Epstein caused Jane Doe severe emotional distress.  Defendants knew or had reason to know that their intentional and outrageous conduct would cause emotional trauma and damage to Jane Doe.

28. As a direct and proximate result of Defendants' intentional or reckless conduct, Jane Doe suffered and will continue to suffer severe mental anguish and pain.

WHEREFORE, Plaintiff Jane Doe demands judgment against Defendants Jeffrey Epstein, Haley Robson, and Sarah Kellen for compensatory damages, costs, attorney's fees, and such other and further relief as this Court deems just and proper. Further, Plaintiff reserves the right to amend this Complaint to add a claim for punitive damages pursuant to Florida Law.

**COUNT IV**
**Civil Remedy for Violation of Florida Statute Section 772.103 against**
**Defendants Epstein, Robson and Kellen**

29. Plaintiff Jane Doe repeats and realleges paragraphs 1 through 16 above.

30. Defendants participated in an enterprise, or conspired or endeavored to so participate, through a pattern of criminal activity in violation of Florida Statute section 772.103(3)-(4).

31. Defendants engaged in this pattern of criminal activity by engaging in at least two of the following incidents of criminal activity with the same or similar intents, results, accomplices, victims, and methods of commission within a 5 year period:

    a.  Procuring for prostitution, or causing to be prostituted, any person who is under the age of 18 years in violation of Florida Statute section 796.03;

    b.  Soliciting, inducing, enticing, or procuring another to commit prostitution, lewdness, or assignation in violation of Florida Statute section 796.07(2)(f), or aiding, abetting or participating in such acts in violation of Florida Statute section 796.07(2)(h);

    c.  Knowingly recruiting, enticing, harboring, transporting, providing, or obtaining by any means a person, knowing that force, fraud, or coercion will be used to cause that person to engage in prostitution in violation of Florida Statute section 796.045; or

    d.  Forcing, compelling, or coercing another to become a prostitute in violation of Florida Statute section 796.04.

32. Under Defendants' plan, scheme and enterprise, Defendant Epstein paid Defendant Robson to repeatedly find and bring him underage girls, who were delivered to Epstein by Defendants Robson and Kellen, in order for Epstein to solicit, induce, coerce, entice, compel or force such girls to engage in acts of prostitution and/or lewdness.

33. Plaintiff Jane Doe was the victim of Defendants' plan, scheme and enterprise. Defendant Robson took Jane Doe to Epstein's home under the pretense that Jane Doe would be paid to give

Epstein a massage.  Defendant Kellen delivered Jane Doe to a room with a massage table and told her that Epstein would be in shortly.  Jane Doe was alone in the room when Epstein arrived. Epstein told her to remove her clothes and left the room.  When Epstein returned he was wearing only a towel. He removed his towel and laid down on his stomach on the massage table. Epstein again told Jane Doe remove her clothes.  In shock, fear and trepidation, Jane Doe complied, removing her clothes except for her panties and bra. Shortly after starting to rub Epstein's back, Epstein told Jane Doe to sit on his back. Jane Doe, out of fear and trepidation, complied.  After a period of time Epstein got up from the table and went behind the door.  For several minutes Jane Doe heard loud noises and moans and believes that Epstein was masturbating.   Thereafter, Epstein, naked, returned to the massage table and laid face up on the table.  Epstein then told Jane Doe to continue with the massage and told her to sit on top of him.   Out of fear and trepidation, she complied.  As Jane Doe rubbed Epstein's chest, Epstein began to use a vibrator on Jane Doe's vagina.  Thereafter, Epstein began to digitally stimulate and attempt to penetrate Jane Doe's vagina.  At this same time, with his other hand, Epstein was masturbating.  Upon reaching orgasm, Epstein got up from the massage table, told Jane Doe to write down her name and phone number, and then left the room.

34. Jane Doe was then able to get dressed, leave the room and go back down the stairs and into the kitchen where Epstein, Robson and Kellen were waiting for her.  Epstein paid Jane Doe $300.  Ms. Robson was paid $200 by Epstein for bringing Jane Doe to him.  Ms. Robson took Jane Doe home.

WHEREFORE, Plaintiff Jane Doe demands judgment against Defendants Jeffrey Epstein, Haley Robson, and Sarah Kellen for compensatory damages, treble damages under Florida Statute section 772.104, costs and attorney's fees under Florida Statute section 772.104, and such

other and further relief as this Court deems just and proper. Further, Plaintiff reserves the right to

amend this Complaint to add a claim for punitive damages pursuant to Florida Law.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial in this action.


Dated: June 2 5 , 2008

Respectfully submitted,

RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
Phone: 561-684-6500
Fax:    561-697-2383

By:_____
THEODORE J. LEOPOLD
Florida Bar No.: 705608
SPENCER T. KUVIN
Florida Bar No.: 089737

Page 9 of 9

IN THE COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

JANE DOE, by and through
JANE DOE'S MOTHER as parent and    CASE NO. 502008CA006596XXXXMB AB
natural guardian
        Plaintiffs,

v.

JEFFREY EPSTEIN, HALEY ROBSON,
and SARAH KELLEN,

        Defendants.

_____/

## NOTICE OF CANCELLATION OF HEARING

TO:  SPENCER T. KUVIN, ESQ., Ricci-Leopold, P.A., 2925 PGA Blvd., Suite 200, Palm
     Beach Gardens, FL 33410. JACK A. GOLDBERGER, ESQ., Atterbury Goldberger &
     Weiss, P.A., One Clearlake Centre, Suite 1400, 250 Australian Avenue South, West
     Palm Beach, FL 33401 DOUGLAS M. McINTOSH, ESQ. and JASON A. McGRATH,
     ESQ., McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion Tower, 1601 Forum Place,
     Suite 1110, West Palm Beach, FL 33401, GUY LEWIS, ESQ. and MICHAEL R. TEIN,
     ESQ., Lewis & Tein, PL, 3059 Grand Avenue, Coconut Grove, FL 33133; BRUCE E.
     REINHART, ESQ., Bruce E. Reinhart, P.A., 250 Australian Avenue South, Suite 1400,
     West Palm Beach, FL 33401

    **YOU ARE HEREBY NOTIFIED** that the hearing scheduled on July 7, 2008 at
8:45 a.m. on Defendant Epstein's Motion for a Two-Week Enlargement of Time to
Respond to the Complaint is hereby CANCELLED.

    I HEREBY CERTIFY that a good faith effort has been made to resolve the issues
herein, or same shall be made prior to the hearing.

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished by
facsimile and U.S. Mail to the above addressees, this __3rd__ day of __July__, 2008.

                      **BURMAN, CRITTON, LUTTIER
                      & COLEMAN, LLP**
                      515 N. Flagler Drive, Suite 400
                      West Palm Beach, FL 33401
                      (561) 842-2820

                      By: _____
                          Robert D. Critton, Jr.
                          Florida Bar #224162
                          Michael J. Pike
                          Florida Bar #617296

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY
FLORIDA

JANE DOE, by and through JANE DOE'S
MOTHER, as parent and natural guardian,

CASE NO:  50 2008 CA 006596 XXXX
MB AB

Plaintiff,

vs.

JEFFREY EPSTEIN, HALEY ROBSON and
SARAH KELLEN,

Defendants.

_____/

## AGREED ORDER ON DEFENDANT SARAH KELLEN'S MOTION TO QUASH SERVICE OFP ROCESS AND SET ASIDE CLERK'S DEFAULT

THIS CAUSE having come before the Court on Defendant Sarah Kellen's Motion to

Quash Service of Process and Set Aside Clerk's Default, and the Court having been advised in

the premises, it is hereby

ORDERED AND ADJUDGED that:

1.      Defendant Sarah Kellen's Motion to Quash Service of Process is hereby

GRANTED, an Alias summons shall be issued, and Plaintiff shall have 120 days to serve Sarah

Kellen.

2.      The Clerk shall set aside the Default entered against Sarah Kellen.

DONE AND ORDERED at Palm Beach County, Florida, this _____ day of

_____, 2008.

SIGNED AND DATED

JUL 0 9 2008

_____
HONORABLE JONATHAN GERBER
JONATHAN D. GERBER

cc:     Spencer T. Kuvin, Esq., RICCI~LEOPOLD, P.A., 2925 PGA Boulevard, Suite 200, Palm Beach
Gardens, FL 33410

Bruce E. Reinhart, Esq., Bruce E. Reinhart, P.A., 250 Australian Avenue South, Suite 1400, West Palm Beach, FL  33401

Douglas M. McIntosh, Esq., Jason A. McGrath, Esq., McIntosh, Sawran, Peltz & Cartaya, P.A., Centurion Tower, Suite 1110, 1601 Forum Place, West Palm Beach, FL  33401

Robert Crittor., Esq., Burman, Critton, Luttier & Coleman, LLP, 515 N. Flagler Drive, Suite 400, West Palm Beach, FL  33401

Michael R. Tein, Esq., 3059 Grand Avenue, Suite 340, Coconut Grove, FL  33133

## **ATTACHMENT**

### DEFENDANTS' ATTORNEYS

<u>Defendant Jeffrey Epstein</u>

Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401

Burman, Critton, Luttier & Coleman, LLP
515 N. Flagler Drive, Suite 400
West Palm Beach, Florida 33401

Lewis Tein, P.L.
3509 Grand Avenue, Suite 340
Coconut Grove, Florida 33133

<u>Defendant Haley Robson</u>

McIntosh, Sawran, Peltz & Cartaya, P.A.
Centurion Tower
1601 Forum Place, Suite 1110
West Palm Beach, Florida 33401

<u>Defendant Sarah Kellen</u>

Bruce Reinhart, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401

JS 44 (Rev. 11/04)

## CIVIL COVER SHEET

FILED by DJ D.C.

July 18, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS

DOE, JANE a/k/a DOE, JANE NO. 1

**DEFENDANTS**

EPSTEIN, JEFFREY; ROBSON, HALEY; KELLEN, SARAH

(b) County of Residence of First Listed Plaintiff   UNKNOWN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

RICCI-LEOPOLD, P.A.
2925 PGA BLVD., SUITE 200
PALM BEACH GARDENS, FL 33410

Attorneys (If Known)

SEE ATTACHED

(d) Check County Where Action Arose: ⊐ MIAMI- DADE   ⊐ MONROE   ⊐ BROWARD   ✔ PALM BEACH   ⊐ MARTIN   ⊐ ST. LUCIE   ⊐ INDIAN RIVER   ⊐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

⊐ 1   U.S. Government Plaintiff

⊐ 2   U.S. Government Defendant

⊐ 3   Federal Question (U.S. Government Not a Party)

✔ 4   Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✔ 1 | ⊐ 1 | Incorporated or Principal Place of Business In This State | ⊐ 4 | ⊐ 4 |
| Citizen of Another State | ⊐ 2 | ✔ 2 | Incorporated and Principal Place of Business In Another State | ⊐ 5 | ⊐ 5 |
| Citizen or Subject of a Foreign Country | ⊐ 3 | ⊐ 3 | Foreign Nation | ⊐ 6 | ⊐ 6 |

08CV80804 MARRA/JOHNSON

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ⊐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ⊐ 610 Agriculture | ⊐ 422 Appeal 28 USC 158 | ⊐ 400 State Reapportionment |
| ⊐ 120 Marine | ⊐ 310 Airplane | ⊐ 362 Personal Injury - Med. Malpractice | ⊐ 620 Other Food & Drug | ⊐ 423 Withdrawal 28 USC 157 | ⊐ 410 Antitrust |
| ⊐ 130 Miller Act | ⊐ 315 Airplane Product Liability | ⊐ 365 Personal Injury - Product Liability | ⊐ 625 Drug Related Seizure of Property 21 USC 881 | | ⊐ 430 Banks and Banking |
| ⊐ 140 Negotiable Instrument | ⊐ 320 Assault, Libel & Slander | ⊐ 368 Asbestos Personal Injury Product Liability | ⊐ 630 Liquor Laws | **PROPERTY RIGHTS** | ⊐ 450 Commerce |
| ⊐ 150 Recovery of Overpayment & Enforcement of Judgment | ⊐ 330 Federal Employers' Liability | | ⊐ 640 R.R. & Truck | ⊐ 820 Copyrights | ⊐ 460 Deportation |
| ⊐ 151 Medicare Act | ⊐ 340 Marine | **PERSONAL PROPERTY** | ⊐ 650 Airline Regs. | ⊐ 830 Patent | ⊐ 470 Racketeer Influenced and Corrupt Organizations |
| ⊐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ⊐ 345 Marine Product Liability | ⊐ 370 Other Fraud | ⊐ 660 Occupational Safety/Health | ⊐ 840 Trademark | ⊐ 480 Consumer Credit |
| ⊐ 153 Recovery of Overpayment of Veteran's Benefits | ⊐ 350 Motor Vehicle | ⊐ 371 Truth in Lending | ▣ 690 Other | **SOCIAL SECURITY** | ⊐ 490 Cable/Sat TV |
| | ⊐ 355 Motor Vehicle Product Liability | ⊐ 380 Other Personal Property Damage | **LABOR** | ⊐ 861 HIA (1395ff) | ⊐ 810 Selective Service |
| ⊐ 160 Stockholders' Suits | ⊐ 360 Other Personal Injury | ⊐ 385 Property Damage Product Liability | ⊐ 710 Fair Labor Standards Act | ⊐ 862 Black Lung (923) | ⊐ 850 Securities/Commodities/Exchange |
| ⊐ 190 Other Contract | | | ⊐ 720 Labor/Mgmt. Relations | ⊐ 863 DIWC/DIWW (405(g)) | ⊐ 875 Customer Challenge 12 USC 3410 |
| ⊐ 195 Contract Product Liability | | | ⊐ 730 Labor/Mgmt.Reporting & Disclosure Act | ⊐ 864 SSID Title XVI | ⊐ 890 Other Statutory Actions |
| ⊐ 196 Franchise | | | ⊐ 740 Railway Labor Act | ⊐ 865 RSI (405(g)) | ⊐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ⊐ 892 Economic Stabilization Act |
| ⊐ 210 Land Condemnation | ⊐ 441 Voting | ⊐ 510 Motions to Vacate Sentence | ⊐ 790 Other Labor Litigation | ⊐ 870 Taxes (U.S. Plaintiff or Defendant) | ⊐ 893 Environmental Matters |
| ⊐ 220 Foreclosure | ⊐ 442 Employment | **Habeas Corpus:** | ⊐ 791 Empl. Ret. Inc. Security Act | ⊐ 871 IRS—Third Party 26 USC 7609 | ⊐ 894 Energy Allocation Act |
| ⊐ 230 Rent Lease & Ejectment | ⊐ 443 Housing/ Accommodations | ⊐ 530 General | | | ⊐ 895 Freedom of Information Act |
| ⊐ 240 Torts to Land | ⊐ 444 Welfare | ⊐ 535 Death Penalty | **IMMIGRATION** | | ⊐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ⊐ 245 Tort Product Liability | ⊐ 445 Amer. w/Disabilities - Employment | ⊐ 540 Mandamus & Other | ⊐ 462 Naturalization Application | | |
| ⊐ 290 All Other Real Property | ⊐ 446 Amer. w/Disabilities - Other | ⊐ 550 Civil Rights | ⊐ 463 Habeas Corpus-Alien Detainee | | ⊐ 950 Constitutionality of State Statutes |
| | ⊐ 440 Other Civil Rights | ⊐ 555 Prison Condition | ⊐ 465 Other Immigration Actions | | |

### V. ORIGIN   (Place an "X" in One Box Only)

⊐ 1 Original Proceeding   ✔ 2 Removed from State Court   ⊐ 3 Re-filed- (see VI below)   ⊐ 4 Reinstated or Reopened   ⊐ 5 Transferred from another district (specify)   ⊐ 6 Multidistrict Litigation   ⊐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ⊐ YES ✔ NO   b) Related Cases ✔ YES ⊐ NO   08-80069, 08-80119, 08-80232, 08-80380, 08-80381

JUDGE _____   DOCKET NUMBER _____

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

REMOVAL FROM STATE COURT

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

⊐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ✔ Yes ⊐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   s/

DATE   7/18/08

FOR OFFICE USE ONLY
AMOUNT 350.00   RECEIPT # 724495   IFP