IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

STATE OF FLORIDA                    CASE NO.:   2006CF009454AXX
                                    DIVISON:    "W"
vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR RETURN OF PROPERTY**

    COMES NOW the Defendant, JEFFREY EPSTEIN, by and through his undersigned attorney, and moves this Honorable Court to enter an Order for return of property seized on October 20, 2005 during execution of a search warrant at the Defendant's residence. In support thereof the Defendant states as follows:

    1. On October 20, 2005, the Palm Beach Police Department executed a search warrant at the Defendant's residence. During the execution of the warrant, numerous items of the Defendant's personal property were seized and impounded by the Palm Beach Police Department. A copy of the search warrant return is attached to this motion (Exhibit A).

    2. On June 30, 2008, the criminal charges arising from the search warrant were resolved through a negotiated plea agreement.

    3. No legal justification exists for the continued impoundment of the Defendant's personal property. The Defendant is entitled to the return of all personal property listed in Exhibit A.

    WHEREFORE, the Defendant, JEFFREY EPSTEIN, respectfully requests this Honorable Court to enter an Order for the return of his personal property.

**EXHIBIT 1**

SCANNED
JUL 24 2008

[FILED 2008 JUL 23 PM 2:24  SHARON R. BOCK, CLERK, PALM BEACH COUNTY, FL  CIRCUIT CRIMINAL]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was sent via FAX and U.S. MAIL to Lanna Belohlavek, Esq., Assistant State Attorney, 401 North Dixie Highway, West Palm Beach, Florida 33401, this 21st day of July, 2008.

ATTERBURY, GOLDBERGER & WEISS, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401
(561) 659-8300

_____
JACK A. GOLDBERGER, ESQUIRE
Florida Bar Number 262013

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### SEARCH WARRANT RETURN
### DETECTIVE BUREAU

PBPD Form #52

- ☐ PROPERTY
- ☐ FOUND
- ☐ DECEASED (Probated)
- ☐ PERSONAL
- ☐ CONFISCATED
- ☐ DESTROY
- ☑ EVIDENCE
- ☑ TRIAL
- ☐ LABORATORY
- ☐ STOLEN/RECOVERED
- ☐ OTHER

| Field | Value |
|---|---|
| INCIDENT/CITATION NUMBER | 05-368 |
| DATE/TIME RECOVERED | 10-20-2005 |
| PROPERTY NUMBER | 05-1024 |
| BIN NUMBER | |
| ADDRESS WHERE PROPERTY IMPOUNDED | 358 EL Brillo |
| SUSPECT'S NAME / D.O.B. | Epstein Jeff 1-20-53 |
| ADDRESS | 358 EL Brillo |

EXHIBIT "A"

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | Phone message book (kitchen) |
| 2 | 3 | | Phone message book (office off kitchen) |
| 3 | 3 | | File folder (messages) w/ 2 more files (purple) |
| 4 | 1 | | Shreddered paper office - marked amber + (?) |
| 5 | 1 | | Orange file folder marked "massage" - massage |
| | | | * items 2-5 from office off kitchen |
| 6 | 1 | | Beige massage table - from closet - (?) |
| 7 | 1 | | Brown massage table - foyer |
| 8 | 1 | | Black framed photo of nude girl |
| 9 | 99 | | Pictures in frame - items 6-8 from (?) |
| 10 | | | - from yellow/blue room off kitchen (?) foyer |
| 11 | 8 | | Photos from office off pool area |
| 12 | 2 | | Photos from table on left → living room or pool area |
| | 2 | | Photos table on right → |

**TOTAL PACKAGE WEIGHT**

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

SIGNATURE _____ DATE _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE _____ ID# 7915 UNIT D2

RECEIVED BY / REASON / DATE/TIME RECEIVED

I, Joseph Recarey, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all the property taken by me, under the authority of this warrant. #7915

Sworn to and subscribed before me this 21 day of October 2005.

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### SEARCH WARRANT RETURN

PAGE 2 OF 6

DETECTIVE BUREAU

PBPD Form #52

| | | |
|---|---|---|
| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) |
| ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
| ☑ EVIDENCE | ☑ TRIAL | ☐ LABORATORY |
| ☐ STOLEN/RECOVERED | ☐ OTHER | |

INCIDENT/CITATION NUMBER: 05-368
DATE/TIME RECOVERED: 10-20-05
PROPERTY NUMBER: 05-1024
BIN NUMBER: 6-10

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El-Brillo

SUSPECT'S NAME / D.O.B.: Epstein, Jeff / 01-20-53
ADDRESS: 358 El Brillo

FOUND PROPERTY 90 DAYS

| ITEM# | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 13 | 2 | ✓ | VHS tapes from credenza by pool  Right |
| 14 | 2 | * | CD's marked Happy Birthday ↑ credenza  |
| 15 | 3 | | Photos framed from cabana |
| 16 | 1 | ✓ | message book 1st floor S/W corner (top desk) |
| 17 | 1 | ✓ | message book (from inside) |
| 18 | 3 | ✓ | CD's from desk |
| 19 | 1 | * | DVD from desk (items # 18,19,20,21 from 1st floor S.W. corner) |
| 20 | unframed | | Photos from desk |
| 21 | 2 | | framed Photos from desk |
| 22 | 2 | ✓ | framed Photos from table in S/W corner office |
| 23 | 3 | | Soap on Rope (NE Bedroom with bathroom) |
| 24 | 2 | | Twin Torpedo in Brown box |
| 25 | 2 | * | Soap on Rope (middle Bedroom Bathroom) |
| | 1 | | large framed Picture (from foyer into Master Bedroom) |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE: [signature]
DATE:
ID#: 7915
UNIT: D2

RECEIVED BY | REASON | DATE/TIME RECEIVED

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### SEARCH WARRANT RETURN

PAGE 3 OF 6

DETECTIVE BUREAU

PBPD Form #52

| | | |
|---|---|---|
| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) |
| ☑ EVIDENCE | ☑ TRIAL | ☐ LABORATORY |
| ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
| ☐ STOLEN/RECOVERED | ☐ OTHER Lab | |

INCIDENT/CITATION NUMBER: 05-368
DATE/TIME RECOVERED: 10-20-05
PROPERTY NUMBER: 05-1024
BIN NUMBER:

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo

DISCOVERED BY / D.O.B.:

OWNER / VICTIM'S NAME / D.O.B.:

SUSPECT'S NAME / D.O.B.: Epstein Jeff  01-20-53
ADDRESS: 358 El Brillo

ADD'TNL. SUSPECT / D.O.B.:

SPECIAL INSTRUCTIONS:

FOUND PROPERTY 90 DAYS — CLAIM ☐ NOT CLAIM ☐

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 27 | 1 | NCV | School Transcript, Alexander Hall, Master Bedroom Desk |
| 28 | 1 | NCV | Bottle of Toy Jelly, Master Bedroom Credenza Master Bedroom |
| 29 | 3 | NCV | Videotapes 1/2", Sex in City, Eatin Janine, I Love Lesbians Four, Master Bedroom |
| 30 | 6 | NCV | Framed Photos from Mens Bathroom - Master Bedroom |
| 31 | 1 | NCV | Green Massage Table, Men's Bathroom - Master Bedroom → DNA test'g Greg |
| 32 | 1 | NCV | Thrifty Rental Agreement from Chevrolet Suburban (Copied) |
| 33 | 1 | NCV | Note from Johanna from Chevrolet Suburban |
| 34 | 412 | | CD's from office & kitchen |
| 35 | 6 | | Zip CD's from Bookcase  RETURN |
| 36 | 2 | | 8mm video tapes from Bookcase  RETURN |
| 37 | 4 | | Compact flash cards from Bookcase  RETURN |
| 38 | 1 | | Flash card from camera on bookcase — RETURN TO OWNER |
| 39 | 3 | | Zip CD's from Bookcase  RETURN |
| 40 | 30 | | CD's from Bookcase (Items 35-40 from Guesthouse)  RETURN |

TOTAL PACKAGE WEIGHT:

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE / DATE

SIGNATURE / REASON

ID# 7515  UNIT D2

RECEIVED BY / DATE/TIME RECEIVED

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### DETECTIVE BUREAU

PAGE 4 OF 8

PBPD Form #52

SEARCH WARRANT RETURN

- [ ] PROPERTY
- [ ] FOUND
- [ ] DECEASED (Probated)
- [x] PERSONAL
- [ ] CONFISCATED
- [ ] DESTROY
- [x] EVIDENCE
- [ ] TRIAL
- [ ] LABORATORY
- [ ] STOLEN/RECOVERED
- [ ] OTHER — Lab

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER | BIN NUMBER |
|---|---|---|---|
| 05-368 | 10-20-05 | 05-1024 | |

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo

SUSPECT'S NAME / D.O.B.: Epstein, Jeff  01-20-53   ADDRESS: 358 El Brillo

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 41 | 11 | ✓ | Floppy disks from desk middle shelf  Return |
| 42 | 1 | * | Zip drive disk from guest room  Return |
| 43 | 1 | | Power Cord for CPU from guest room |
| 44 | 1 | | CPU from Guest Bedroom |
| 45 | 10 | ✓ | 8mm video tapes in Guest Bedroom  Return |
| 46 | 1 | ✓ | Maxell CD-R in guest bedroom  RETURN (COPIES) |
| 47 | 10 | * | Disks in Clear Box  RETURN |
| 48 | 7 | | ZIP Disks from guest room  RETURN |
| | | | items # 35-48 from guest bedroom |
| 49 | 1 | | message book from guesthouse office  RETURN |
| 50 | 1 | | message book  RETURN |
| 51 | 2 | | Compact flash cards  from |
| 52 | 6 | | CD's  RETURN #49-51 guesthouse office  RETURN |
| 53 | 1 | | CPU from guesthouse office  RETURN |

TOTAL PACKAGE WEIGHT

ID# 7915   UNIT D2

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT

PAGE 5 of 6

DETECTIVE BUREAU

PBPD Form #52

SEARCH WARRANT RETURN

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
|---|---|---|---|---|---|
| ☑ EVIDENCE | ☑ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | Lab |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05-368 | 10-20-05 | 05-1024 | |

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo Palm Beach

DISCOVERED BY / D.O.B.:

OWNER'S NAME / D.O.B.:

SUSPECT'S NAME / D.O.B.: Epstein, Jeff   01-20-5   ADDRESS: 358 El Brillo

ADDT'NL. SUSPECT / D.O.B.:

SPECIAL INSTRUCTIONS:

FOUND PROPERTY 90 DAYS   CLAIM ☐   NOT CLAIM ☐

| ITEM # | QUANTITY | VALUE | DESCRIPTION | |
|---|---|---|---|---|
| 54 | 1 | | Power cord to CPU (#53) | Return |
| 55 | 1 | * | CPU from office off kitchen (Haly + Julie Bratton) | Returned |
| 56 | 1 | | Power cord to item #55 | |
| 57 | 3 | | CD's w/um  #55-57 from office off kitchen | Return |
| 58 | 1 | * | Peach massage table upstairs bedroom | Return Return |
| | | | | RETURN |
| | | | | RETURN |
| | | | | RETURN |
| | | | RETURN | RETURN |
| | | | | RETURN |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

ID# 7915 D2

SIGNATURE   DATE   SIGNATURE   UNIT

RECEIVED BY   REASON   DATE/TIME RECEIVED

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT

S/W RETURN

PAGE 6 OF 6

DETECTIVE BUREAU

PBPD Form #52

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
| ☒ EVIDENCE | ☒ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | Lab |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05- | 10 2005 1410 | 05-1024 | |

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo

| | ADDRESS | Street | City | Zip | PHONE NUMBER |
|---|---|---|---|---|---|
| DISCOVERED BY / D.O.B. | | | | | |
| OWNER'S NAME / D.O.B. | | | | | |
| SUSPECT'S NAME / D.O.B. 1-20-53  Epstein Jeff | 358 El Brillo | | | | |
| ADDT'L. SUSPECT / D.O.B. | | | | | |

SPECIAL INSTRUCTIONS

FOUND PROPERTY 90 DAYS  ☐ CLAIM  ☐ NOT CLAIM

| ITEM # | QUANTITY | VALUE | DESCRIPTION | | |
|---|---|---|---|---|---|
| | 1 | | Green Photo Frame with naked girl | | Return |
| | | | | | Return |
| | | | | | Return |
| | | | | | Return (Returned) / Return |
| | | | | | Return |
| | | | | | Return / Return |
| | | | | | Return / Return |
| | | | Return | | Return / Return |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE ___  DATE ___  SIGNATURE [signed]  ID# 7915  UNIT D2

| RECEIVED BY | REASON | DATE/TIME RECEIVED |
|---|---|---|
| AB 8328 | 6 | 10-20-05  1500 |