UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **08-CV-80804-JIC**

**Pruco Life Insurance Company,**

Plaintiff/Petitioner,

vs.

**Wells Fargo Bank, N.A., et al.,**

Defendant/Respondent.

_____/

FILED by ___VT___ D.C.

**May 25, 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

# CLERK'S NOTICE OF RECEIPT OF DEPOSIT INTO REGISTRY BY WELLS FARGO

The Clerk notifies the Court that on May 25, 2011 the **filing fee** of **$112,301.53** was received, **receipt number FLS100019257**.

DONE at the Federal Courthouse Square, Miami, Florida, this 25 day of May, 2011.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

V. Thomas
By:_____
Deputy Clerk

c:    Plaintiff/Petitioner

clkrecp